E-FILED
Thursday, 13 January, 2005 03:58:31 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

AUG 1 5 2001

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 01-10038 |
| ) | VIO: Title 21, United States Code, |
| SAMMIE J. SIMPSON, JR. AKA WESTSIDE, ) | Sections 846 and 841(b)(1)(A), |
| JERRY E. MCGINNIS, AKA DOC, ) | and 841(a)(1) and 841(b)(1)(C) |
| HAYWOOD D. ROBINSON AKA WOODS, ) | |
| and LEVENCE SIMPSON, ) | |
| ) | |
| Defendants. ) | |

### SUPERCEDING INDICTMENT

The Grand Jury charges:

### Count 1
### (Conspiracy)

Beginning during 1997, and continuing to the present, in the Central District of Illinois

and elsewhere,

**SAMMIE J. SIMPSON, JR., AKA WESTSIDE,
JERRY E. MCGINNIS, AKA DOC,
HAYWOOD D. ROBINSON, AKA WOODS, AND
LEVENCE SIMPSON,**

the defendants herein, did knowingly conspire, confederate, and agree with each other and with

other persons whose names are known and with persons whose names are unknown to the Grand

Jury, to commit certain acts in violation of the laws of the United States, to wit: to knowingly

distribute heroin, a Schedule I controlled substance, and to knowingly distribute cocaine base

1

(crack), a Schedule II controlled substance in violation of Title 21, United States Code,
§§841(a)(1) and 841(b)(1)(A),

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its objectives of distributing heroin,
the defendants and other persons whose names are known and with persons whose names are
unknown to the Grand Jury, did commit overt acts, including but not limited to the following:

> A.  During the period of the conspiracy, members of the conspiracy would
> obtain heroin and crack cocaine;

> B.  During the period of the conspiracy, members of the conspiracy would
> transport the heroin and crack cocaine from locations outside of the
> Central District of Illinois into the Central District of Illinois;

> C.  During the period of the conspiracy, members of the conspiracy would
> weigh and repackage the heroin and crack cocaine;

> D.  During the period of the conspiracy, members of the conspiracy would
> distribute the heroin and crack cocaine;

> E.  During the period of the conspiracy, members of the conspiracy would
> collect money from the sale of the heroin and crack cocaine;

> F.  During the period of the conspiracy, members of the conspiracy possessed
> drug paraphernalia used in the drug trafficking business, including but not
> limited to scales, cutting agents, and packaging material;

> G.  During the period of the conspiracy, members of the conspiracy stored
> heroin and crack cocaine;

2

1:05-cv-01010-JBM  # 2  Page 3 of 27

H.   During the period of the conspiracy, members of the conspiracy met to arrange the distribution of heroin and crack cocaine, to distribute heroin and crack cocaine, and to receive money from the sale of heroin and crack cocaine;

I.   During the period of the conspiracy, members of the conspiracy possessed United States currency for use in the drug trafficking operation;

J.   During the period of the conspiracy, members of the conspiracy rented motel rooms for use in the drug trafficking operation;

K.   This conspiracy involved more than 1 kilogram of heroin;

L.   This conspiracy involved more than 50 grams of cocaine base (crack); and

M.   This conspiracy involved the death of a person resulting from the use of heroin and crack cocaine.

All in violation of Title 21, United States Code, §§846 and 841(b)(1)(A).

## Count 2

On or about May 18, 2000, in Peoria County, within the Central District of Illinois,

**LEVENCE SIMPSON,**

the defendant herein, did knowingly possess cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

3

## Count 3

On or about May 18, 2000, in Peoria County, within the Central District of Illinois,

## LEVENCE SIMPSON,

the defendant herein, did knowingly possess heroin, a Schedule I controlled substance, with

intent to distribute.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

A True Bill.

S/Foreperson

Foreperson

S/Bradley W. Murphy for
FRANCES C. HULIN
UNITED STATES ATTORNEY
BWM

4



AO 245B8 (Rev. 8/01) Judgment in a Criminal Case (CDIL)
Sheet 1



**FILED**

# UNITED STATES DISTRICT COURT

OCT 2 4 2002

**Central**      District of      Illinois JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
**V.**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**SAMMIE J. SIMPSON, JR.**

Case Number: **01-10038-001**

**Spencer Daniels**
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s)   1s
after a plea of not guilty.

**Accordingly** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC § 846 and 841(b)(1)(A) | Conspiracy to Distribute Cocaine Base (Crack) | 11/18/00 | 1s |

The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   1    ☒ is    ☐ are   dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: _____-2702

Defendant's Date of Birth: ___/64

Defendant's USM No.:   20507-424

Defendant's Residence Address:

IN CUSTODY:

Mercer County Jail

906 South West Third Street

Aledo, IL 61231

Defendant's Mailing Address:

Park Forrest, IL 60466

October 18, 2002
Date of Imposition of Judgment

S/ Joe B. McDade
Signature of Judicial Officer

Joe B. McDade
Chief United States District Judge
Name and Title of Judicial Officer

Oct. 24, 2002
Date

AO 245B    (Rev. 8/01) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:    Sammie J. Simpson, Jr.
CASE NUMBER: 01-10038-001

Judgment — Page    2    of    6

## IMPRISONMENT

The defendant is hereby com mitted to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of    262 months

[x]    The court m akes the following recomm endations to the B ureau of Prison s:

1. It is recommended that the defendant serve his sentence in a minimum security facility as close to his family in Chicago,
Illinois, as possible. 2. It is further recommended that he serve his sentence in a facility that will allow him to participate in
educational and vocational opportunities.

[x]    The de fendan t is remand ed to the cu stody of th e United States Ma rshal.

[ ]    The de fendan t shall surren der to the U nited States M arshal for th is district:

[ ]    at _____ [ ] a.m.    [ ] p.m.    on _____ .

[ ]    as notified b y the Un ited States M arshal.

[ ]    The defen dant shall surrende r for service of sentenc e at the institution designated b y the Bureau of Prisons:

[ ]    before    on _____ .

[ ]    as notified b y the Un ited States M arshal.

[ ]    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgm ent.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL



AO 245B　(Rev. 8/01) Judgment in a Criminal Case
　　　　　　Sheet 3 — Supervised Release

DEFENDANT: **Sammie J. Simpson, Jr.**
CASE NUMBER: **01-10038-001**

Judgment—Page **3** of **6**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **5 Years**

　　　　The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

　　　　The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

☐　The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of

　　　future substance abuse.

☒　The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

　　　　If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

　　　　The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)　the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)　the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)　the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)　the defendant shall support his or her dependents and meet other family responsibilities;

5)　the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)　the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)　the defendant shall refrain from any　　　use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)　the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)　the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)　the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)　the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)　the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)　as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
Sheet 3A — Supervised Release

DEFENDANT:    Sammie J. Simpson, Jr.
CASE NUMBER: 01-10038-001

Judgment—Page  4    of    6

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon.  2. You shall obtain a GED within the first 12 months of supervision, if you have not already obtained one while in custody. 3. You shall participate in a program of job training or employment counseling as directed by the probation officer.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
Sheet 4 — Criminal Monetary Penalties

Judgment — Page  5    of  6

DEFENDANT:    Sammie J. Simpson, Jr.
CASE NUMBER:    01-10038-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ |

☐    The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐    The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ | |

☐    If applicable, restitution amount ordered pursuant to plea agreement $ _____

☐    The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐    The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐    the interest requirement is waived for the  ☐ fine and/or  ☐ restitution.

☐    the interest requirement for the  ☐ fine and/or  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
Sheet 4A — Criminal Monetary Penalties

Judgment — Page 6    of 6

DEFENDANT:    Sammie J. Simpson, Jr.
CASE NUMBER:    01-10038-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    [X]    Lump sum payment of $ 100.00 _____    due immediately, balance due

[ ]    [ ] not later than _____ , or
[ ] in accordance with [ ] C, [ ] D, or [ ] E below; or

B    [ ]    Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] E below); or

C    [ ]    Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    [ ]    Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
term of supervision; or

E    [ ]    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]    Joint and Several

Defendant Name, Case Number, and Joint and Several Amount:

[ ]    The defendant shall pay the cost of prosecution.

[ ]    The defendant shall pay the following court cost(s):

[ ]    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

# U.S. District Court
## Central District of Illinois (Peoria)
### CRIMINAL DOCKET FOR CASE #: 1:01-cr-10038-JBM-1
### Internal Use Only

Case title: USA v. Simpson, et al                    Date Filed: 07/18/2001

Assigned to: Chief Judge Joe
Billy McDade

## Defendant

**Sammie J Simpson, Jr** (1)
*TERMINATED: 05/05/2004*
*also known as*
Westside

represented by **Sammie J Simpson, Jr**
20507-424
GREENVILLE
Federal Correctional Institution
PO Box 5000
Greenville, IL 62246
618-664-6200
PRO SE

**George F Taseff**
Ste 1500
401 Main Street
Peoria, IL 61602
(309) 671-7891
Fax: 309-671-7891
Email: George_Taseff@fd.org
*TERMINATED: 08/06/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

**Spencer L Daniels**
411 Hamilton Blvd
Suite 1708
Peoria, IL 61602
309-673-1400
Fax: 309-673-3960
Email: danielslaw@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

21:846=ND.F CONSPIRACY
TO DISTRIBUTE
NARCOTICS - Beginning
during 1997 and continuing to
present Dfts did conspire to
distribute heroin and cocaine
base (crack) in vioaltion of 21
USC 846 and 841(b)(1)(A)
(1s)

## Disposition

Dft Sammie Simpson committed to custody of
BOP for 262 months; 5 years Supervised Release;
No Fine; Special Assessment of $100.00 to be
paid immediately

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts

21:846=ND.F CONSPIRACY
TO DISTRIBUTE
NARCOTICS - Beginning
during 1997 and continuing to
the present, Dfts did knowingly
distribute heroin and cocaine
base (crack) in violation of 21
USC 846 and 841(b)(1)(A)
(1)

## Disposition

Oral motion by govt to dismiss Count 1 - motion
allowed.

## Highest Offense Level
## (Terminated)

Felony

## Complaints

None

## Disposition

**Plaintiff**

**USA**

represented by **Bradley W Murphy**
US ATTY
One Technology Plaza
Suite 400
211 Fulton St
Peoria, IL 61602
309-671-7050
Fax: 309-671-7259
Email: brad.murphy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/2001 | 4 | ORDER by Mag. Judge John A. Gorman granting motion to seal case [3-1] sealing case (cc: all counsel) [ 1:01-m -6025 ] (ML, ilcd) (Entered: 07/17/2001) |
| 07/18/2001 | 5 | INDICTMENT by USA Bradley W Murphy. Counts filed against Sammie J Simpson (1) count(s) 1, Jerry E McGinnis (2) count(s) 1, Haywood D Robinson (3) count(s) 1 (SH, ilcd) (Entered: 07/18/2001) |
| 07/18/2001 | 6 | ARREST Warrant issued for Sammie J Simpson Jr by Chief Judge Joe B. McDade (SH, ilcd) (Entered: 07/18/2001) |
| 07/18/2001 | | Docket Modification (Utility Event) sealing case (SH, ilcd) (Entered: 07/18/2001) |
| 07/24/2001 | | DEFENDANT Sammie J Simpson Jr arrested (S, ilcd) (Entered: 08/02/2001) |
| 07/24/2001 | | Docket Modification (Utility Event) To stop XM (S, ilcd) Modified on 12/07/2001 (Entered: 08/02/2001) |
| 07/24/2001 | | Docket Modification (Utility Event) xm stopped for dft Sammie Simpson Jr due to arrest 7/24/01 (ML, ilcd) (Entered: 12/07/2001) |
| 07/30/2001 | | MINUTES: before Mag. Judge John A. Gorman as to Dft SIMPSON only. AUSA Murphy/Atty Taseff with Dft Simpson present in person and First appearance of Sammie J Simpson Jr Attorney George F Taseff present held. Court advises of charges and consequences. Dft sworn. Court appoints FPD Taseff. Dft Sammie J Simpson Jr arraigned; NOT GUILTY plea entered; Attorney present . Pending motions/ pretrial conference set Fri 9/14/01 at 1:30; jury trial set Mon 10/1/01 at 8:30 . Both hearings in person in Peoria. Govt requests detention. Detention hearing set Thurs 8/2/01 at 9:30 a.m. Dft remanded to custody of USM pending hearing. (cc: all counsel/ Prob/USM/Crt Rptr) (S, ilcd) (Entered: 07/31/2001) |
| 07/30/2001 | 9 | ORDER of TEMPORARY Detention of Sammie J Simpson Jr pending |

| | | |
|---|---|---|
| | | hearing by Mag. Judge John A. Gorman. (cc: all counsel/Prob/USM) (S, ilcd) (Entered: 07/31/2001) |
| 07/30/2001 | 10 | SCHEDULING ORDER by Mag. Judge John A. Gorman (cc: all counsel) (S, ilcd) (Entered: 07/31/2001) |
| 08/02/2001 | 11 | ARREST Warrant returned executed as to Sammie J Simpson Jr 7/24/01 (S, ilcd) (Entered: 08/02/2001) |
| 08/02/2001 | 12 | MOTION to withdraw attorney by FPD as counsel for Sammie J Simpson Jr (S, ilcd) (Entered: 08/02/2001) |
| 08/02/2001 | | Docket Modification (Utility Event) case unsealed (S, ilcd) (Entered: 08/03/2001) |
| 08/02/2001 | | MINUTES: before Mag. Judge John A. Gorman. AUSA Murphy, FPD George Taseff with dft SAMMIE SIMPSON, JR. present for detention hearing at 9:30 on Thursday, 8/2/01. Dft has no evidence at this time to rebutt presumption (third party custodian unavailable at this time). FPD Taseff reports possible conflict - motion to be filed. Dft waives detention hearing at this time and will file a written motion to address the detention issue. Dft Simpson remanded to custody of USM. Order of detention pending trial entered. (cc: all counsel/Prob/USM Peo) (KB, ilcd) (Entered: 08/03/2001) |
| 08/02/2001 | 13 | ORDER of Detention of Sammie J Simpson Jr pending trial by Mag. Judge John A. Gorman (cc: all counsel). (KB, ilcd) (Entered: 08/03/2001) |
| 08/02/2001 | 15 | SCHEDULING ORDER by Mag. Judge John A. Gorman for dfts Jerry McGinnis and Haywood Robinson. (cc: all counsel) (KB, ilcd) (Entered: 08/03/2001) |
| 08/02/2001 | 16 | LETTER from FPD Taseff to Mag Judge Gorman dated 8/2/01 re: new counsel for Mr. Simpson. (HK, ilcd) (Entered: 08/06/2001) |
| 08/02/2001 | 26 | CJA Form 20 Copy 4 (Appointment of Counsel) for defendant Haywood D Robinson; appointing attorney William R Kelly (ML, ilcd) (Entered: 08/15/2001) |
| 08/06/2001 | | MINUTES: before Chief Judge Joe B. McDade granting motion to withdraw attorney [12-1] George F Taseff for Sammie J Simpson Jr. CJA Panel attorney to be appointed. (cc: all counsel/US Mar/Prob) (HK, ilcd) (Entered: 08/06/2001) |
| 08/07/2001 | 17 | NOTICE by plaintiff USA of intent to use evidence of prior conviction re: Jerry McGinnis (HK, ilcd) Modified on 08/08/2001 (Entered: 08/08/2001) |
| 08/07/2001 | 18 | NOTICE by plaintiff USA of intent to use evidence of prior conviction re: Haywood Robinson (HK, ilcd) (Entered: 08/08/2001) |
| 08/08/2001 | 25 | CJA Form 20 Copy 4 (Appointment of Counsel) Spencer Daniels replacing George Taseff for defendant Sammie J. Simpson (ML, ilcd) (Entered: 08/15/2001) |
| 08/10/2001 | | stopped XM due to #21 & #22 (HK, ilcd) (Entered: 08/10/2001) |

| 08/13/2001 | 23 | RULE 40 Documents received from Northern District of Illinois as to Sammie J Simpson Jr (HK, ilcd) (Entered: 08/13/2001) |
|---|---|---|
| 08/15/2001 | 27 | SUPERSEDING indictment Sammie J Simpson (1) count(s) 1s, Jerry E McGinnis (2) count(s) 1s, Haywood D Robinson (3) count(s) 1s, Levence Simpson (4) count(s) 1, 2-3 (SH, ilcd) (Entered: 08/17/2001) |
| 08/17/2001 | | MINUTES: before Mag. Judge John A. Gorman arraignment on the Superceding Indictment set Thurs., 8/23/01 at 1:30 PM as to ALL Defendants. (cc: all counsel/US Mar/Prob) (SH, ilcd) (Entered: 08/17/2001) |
| 08/22/2001 | 29 | MOTION for leave to additional motions by Sammie J Simpson Jr (HK, ilcd) (Entered: 08/22/2001) |
| 08/22/2001 | 30 | MOTION for production of favorable evidence by Sammie J Simpson Jr (HK, ilcd) (Entered: 08/22/2001) |
| 08/22/2001 | 31 | MOTION for hearing to determine admissibility of hearsay statements and declarations out of the presence of the jury by Sammie J Simpson Jr (HK, ilcd) (Entered: 08/22/2001) |
| 08/22/2001 | 32 | MOTION for order to require notice of intention to use other crimes, wrongs, or acts as evidence by Sammie J Simpson Jr (HK, ilcd) (Entered: 08/22/2001) |
| 08/22/2001 | 33 | MOTION to require the Government to disclose promises to an accomplice witness, unindicted co-defendant, witness, or prosecution, reduction of sentence, or immunity by Sammie J Simpson Jr (HK, ilcd) (Entered: 08/22/2001) |
| 08/22/2001 | 34 | MOTION for order for release of Defendant pending trial by Sammie J Simpson Jr (HK, ilcd) (Entered: 08/22/2001) |
| 08/23/2001 | | MINUTES: before Mag. Judge John A. Gorman. AUSA Murphy, Dfts Sammie Simpson & Haywood Robinson present personally in open court without counsel for arraignment on superseding indictment. Same not held 8/23/01 & is reset to Monday, 8/27/01 at 2:30pm; in person. (cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) (Entered: 08/23/2001) |
| 08/23/2001 | 35 | CJA Form 20 Copy 4 (Appointment of Counsel) Arthur J Inman for Levence Simpson (HK, ilcd) (Entered: 08/23/2001) |
| 08/23/2001 | 36 | SCHEDULING ORDER IN A CRIMINAL CASE re: Jerry McGinnis & Levence Simpson by Mag. Judge John A. Gorman (cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) (Entered: 08/23/2001) |
| 08/23/2001 | | Docket Modification (Utility Event) crstopxm 8/23/01, dft Levence Simpson arrested (KB, ilcd) (Entered: 08/24/2001) |
| 08/23/2001 | | TERMINATING attorney James W Reilley for Levence Simpson (SH, ilcd) (Entered: 09/17/2001) |
| 08/24/2001 | 38 | Arrest Warrant returned executed as to Sammie J Simpson Jr 8/23/01 (KB, ilcd) (Entered: 08/24/2001) |

| 08/27/2001 | | MINUTES: before Mag. Judge John A. Gorman. AUSA Murphy, Atty Daniels present in open court with dft Sammie J Simpson Jr and Haywood D Robinson present with Wm Kelly for arraignment on superseding indictment. both enter not guilty pleas. Hearing on Pending Motions/Pre-Trial Conf set 9/14/01 at 1:30 and for Jury Trial on 10/1/01 at 9:00am both before Chief Judge McDade. Both Dfts remanded to custody of US Mar. (cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) (Entered: 08/29/2001) |
| 09/14/2001 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Keith for Murphy/Atty Daniels with Dft Sammie Simpson/Atty Kelley with Dft McGinnis/Atty Kelly with Dft Robinson/Atty Inman for Dft Levence Simpson for pretrial conference on 9/14/01 . Discussion re: motion to continue and status of discovery. Court is granting motion to continue [39-1]. Jury trial previously set 10/1/01 is VACATED. Status hearing set Tues., 9/18/01 at 10:00 AM . Jury trial will be reset at status hearing on 9/18/01. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 09/17/2001) |
| 09/18/2001 | | MINUTES: before Chief Judge Joe B. McDade Parties present in open court by AUSA Murphy/Atty Daniels with Dft Sammie Simpson/Atty Kelley with Dft Jerry McGinnis/Atty Kelly with Dft Haywood Robinson/Atty Inman with Dft Levence Simpson for status hearing held 9/18/01 . Govt advises Court regarding status of discovery. Govt to turn over all remaining discovery (except Jencks material) by 11/01/2001. Jencks material and exhibit and witness lists to be provided no later than 01/14/2002. Jury trial set Mon., 1/28/02 at 9:00 AM as to ALL defendants and final pretrial conference set Fri., 1/18/02 at 10:00 AM as to ALL defendants. All pending discovery motions are moot [33-1][32-1][30-1][29-1][20-1][19-1]. Santiago motion [31-1] is granted. Court is setting motion for order for release of Defendant pending trial [34-1] as to Dft Sammie Simpson at 1:30 PM, Thurs., 9/27/01. On oral motion of Dft Levence Simpson for review of order of detention, it is also set for hearing at 1:30 PM, Thurs., 9/27/01. On oral motion of Dft Sammie Simpson, Defendants collectively are authorized to hire two investigators at a cost not to exceed $1000 each. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) Modified on 09/27/2001 (Entered: 09/18/2001) |
| 09/19/2001 | 41 | AMENDED NOTICE of Intent to Use Evidence of Prior Conviction by plaintiff USA re: Levence Simpson (HK, ilcd) (Entered: 09/19/2001) |
| 09/27/2001 | | MINUTES: before Chief Judge Joe B. McDade re motion for order for release of Defendant pending trial [34-1] ; motion hearing set for 2:30 10/26/01 for Sammie J Simpson Jr, for Levence Simpson (cc: all counsel) (SH, ilcd) (Entered: 09/27/2001) |
| 10/19/2001 | 42 | Government's Santiago PROFFER of evidence as to defendant Sammie J Simpson Jr (HK, ilcd) (Entered: 10/22/2001) |
| 10/26/2001 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Murphy/Atty Daniels with Dft Sammie Simpson and Atty Inman with Dft Levence Simpson for hearing on review of detention. |

| | | |
|---|---|---|
| | | Evidence presented by both Dfts; Dfts rest. Arguments by counsel. Court is granting motion for order for release of Defendant pending trial [34-1] as to Dft Sammie Simpson. Bond set at $10,000 to be secured by property of his mother and third party custody to Olivia Simpson with special conditions. Motion is denied as to Dft Levence Simpson. Dfts remanded to custody of US Marshal pending posting of bond as to Dft Sammie Simpson. (cc: all counsel/US Mar/Prob) (SH, ilcd) (Entered: 10/30/2001) |
| 10/26/2001 | 43 | ORDER by Chief Judge Joe B. McDade setting conditions of release for Sammie J Simpson Jr (SH, ilcd) (Entered: 10/30/2001) |
| 10/26/2001 | 44 | APPEARANCE BOND ( $10,000) by Sammie J Simpson Jr secured by property (See Agreement to Forfeit Property) (SH, ilcd) (Entered: 10/30/2001) |
| 10/26/2001 | 45 | STIPULATION re [44-1] filed as Agreement to Forfeit Property as to Dft Sammie J. Simpson, Jr. (SH, ilcd) (Entered: 10/30/2001) |
| 10/26/2001 | | Docket Modification (Utility Event) Dft Sammie J. Simpson returned to Location Custody as Agreement to Forfeit has not yet been approved by AUSA (SH, ilcd) (Entered: 10/30/2001) |
| 10/29/2001 | 47 | RECEIPT for certified copy of warranty deed as to defendant Sammie J Simpson Jr for property posted by Olivia Simpson (RK, ilcd) (Entered: 11/05/2001) |
| 11/14/2001 | 48 | REMARK as to Sammie J Simpson Jr-faxed copy of residential appraisal report received from Olivia Simpson (HK, ilcd) (Entered: 11/15/2001) |
| 11/15/2001 | 49 | REMARK as to Sammie J Simpson Jr-appraisal for Olivia Simpsons' home w/attachments (fax copies) (HK, ilcd) (Entered: 11/15/2001) |
| 11/21/2001 | | MINUTES: before Mag. Judge John A. Gorman. Case set for motion to consider release/ bond hearing at 2:30 on Friday, 11/30/01 in person in Peoria (Courtroom C) for dft Jerry McGinnis. (cc: all counsel/Prob/USM Peo) (KB, ilcd) Modified on 11/21/2001 (Entered: 11/21/2001) |
| 11/29/2001 | 52 | MOTION for continuance by Sammie J Simpson Jr (HK, ilcd) (Entered: 11/29/2001) |
| 11/30/2001 | | MINUTES: before Mag. Judge John A. Gorman. AUSA Murphy, Atty Kelley present in open court with Jerry McGinnis for bond hearing set 11/30/01. Same not held as 3rd Party Custodian did not appear & is reset to Thursday, 12/6/01 at 2:30pm; in person. (cc: all counsel/US Mar/Prob) (HK, ilcd) (Entered: 11/30/2001) |
| 12/06/2001 | | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court by AUSA Campbell/Attorney Kim Kelley with dft Jerry McGinnis for bond hearing at 2:30 pm on Thursday, 12/6/01. Evidence presented by ptf. Ptf rests. Evidence presented by dft. Dft rests. Dft Jerry McGinnis released on $10,000 OR bond. (cc: all counsel/Prob/US Marshal) (ML, ilcd) (Entered: 12/07/2001) |
| 12/06/2001 | | Docket Modification (Utility Event) finding dft McGinnis' motion for |

| | | |
|---|---|---|
| | | reconsideration of release upon bail-bond [50-1] moot pursuant to bond hearing held 12/6/01 (ML, ilcd) (Entered: 12/07/2001) |
| 12/27/2001 | 56 | Expert WITNESS Disclosure submitted by plaintiff USA (HK, ilcd) (Entered: 12/27/2001) |
| 01/11/2002 | 58 | MOTION for continuance by Sammie J Simpson Jr (HK, ilcd) (Entered: 01/14/2002) |
| 01/15/2002 | | MINUTES: before Mag. Judge John A. Gorman granting motion to amend order setting conditions of release [57-1] in that Deft's new residence is 8021 S. Maryland, Chicago, IL. still to reside with Latrice McGinnis (cc: all counsel/Prob/US Mar) (HK, ilcd) (Entered: 01/16/2002) |
| 01/17/2002 | | MINUTES: before Chief Judge Joe B. McDade. Hearing on pending motion/pretrial conference previously set 1/18/02 is VACATED and hearing on pending motions/ pretrial conference reset to Wed., 1/23/02 at 10:30 AM as to Defendants SAMMIE SIMPSON, JERRY McGINNIS, HAYWOOD ROBINSON and LEVENCE SIMPSON. (cc: all counsel/US Mar/Prob/Crt Rptr) (Counsel notified by Court by phone on 1/17/02) (SH, ilcd) Modified on 01/18/2002 (Entered: 01/18/2002) |
| 01/23/2002 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Murphy/Atty Daniels with Dft SAMMIE J SIMPSON/Atty Kelley with Dft JERRY E McGINNIS/Atty Kelly with Dft HAYWOOD D ROBINSON/Atty Inman with Dft LEVENCE SIMPSON for hearing on pending motions/ pretrial conference on 1/23/02 . Govt has no objections to motions to continue. Court is granting motion for continuance [58-1], granting motion to continue trial setting [53-1], granting motion for continuance [52-1]. Atty Daniels to file motions regarding discovery within 14 days (2/6/02). Motion hearing set Fri., 2/22/02 at 2:00 PM (in person in Peoria). **Govt letter to Defense Counsel dated 9/17/01 is modified regarding Santiago material. Same to be submitted to Defense counsel 14 days prior to trial rather than 7 days prior as set forth in letter.** Jury trial previously set 1/28/02 is VACATED and jury trial reset to Mon., 5/13/02 at 9:00 AM. Hearing on pending motions/ pretrial conference reset to Wed., 5/8/02 at 10:00 AM. Court finds time from today to new trial date of 5/13/02 is EXCLUDABLE pursuant to the Speedy Trial Act. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) Modified on 01/23/2002 (Entered: 01/23/2002) |
| 01/23/2002 | | REMARK as to Sammie J Simpson Jr, Jerry E McGinnis, Haywood D Robinson, Levence Simpson, USA - Minute entry of 1/23/02 amended to include language regarding Santiago material. Same sent to all counsel/US Mar/Prob by Clerk. (SH, ilcd) (Entered: 01/23/2002) |
| 01/28/2002 | | MINUTES: before Chief Judge Joe B. McDade. Hearing on Pending Motions/ Pretrial Conference/Final Pretrial set at 10:00am on Wednesday, 5/8/02 is CHANGED IN TIME ONLY TO 2:00pm for Dfts: S.Simpson/McGinnis/Robinson/L Simpson in person. (cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) (Entered: 01/28/2002) |
| 02/01/2002 | 61 | MOTION for order to hire forensic expert by Sammie J Simpson Jr (HK, |

| | | ilcd) (Entered: 02/01/2002) |
|---|---|---|
| 02/15/2002 | 63 | MOTION for order to waive Defendant's appearance at all pretrial hearings & conferences by Sammie J Simpson Jr (HK, ilcd) (Entered: 02/15/2002) |
| 02/19/2002 | | MINUTES: before Chief Judge Joe B. McDade. Sammie Simpson's motion for order to waive Defendant's appearance at all pretrial hearings & conferences [63-1] is allowed except as further ordered. (cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) (Entered: 02/20/2002) |
| 02/22/2002 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Murphy/Atty Daniels with Dft Sammie J Simpson/Atty Kelley with Dft Jerry E McGinnis/Atty Kelly with Dft Haywood D Robinson/Atty Inman with Dft Levence Simpson for in-court hearing on pending motions on 2/22/02 . Court is granting motion for order for appointment of an Expert witness [62-1] and motion for order to hire forensic expert [61-1]. Defendants collectively are authorized to hire a forensic expert - fee not to exceed statutory amount allowed. Jury trial remains set Mon., 5/13/02 at 9:00 AM and Final pretrial conference remains set Wed., 5/8/03 at 2:00 PM . (cc: all counsel/US Mar/Prob/Crt Rptr/CJA coordinator) (SH, ilcd) (Entered: 02/22/2002) |
| 02/22/2002 | | MINUTES: before Mag. Judge John A. Gorman. AUSA Chambers & Atty Kelley present in open court with Jerry McGinnis for hearing on motion to modify terms of home detention to allow the Defendant to work [64-1]. Motion allowed in that Dft is allowed to be absent from home confinement to work which includes travel to & from work/home as approved by US Probation Office. (cc: all counsel/US Mar/Prob) (HK, ilcd) (Entered: 02/25/2002) |
| 02/26/2002 | | MINUTES: before Chief Judge Joe B. McDade change of plea for HAYWOOD ROBINSON set on Friday, 3/22/02 at 9:15am; in person. (cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) Modified on 02/26/2002 (Entered: 02/26/2002) |
| 03/22/2002 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Murphy/Atty Kelly with Dft Haywood D Robinson for change of plea. Same not held. Parties are still negotiating and request extension of time to complete negotiations. Change of plea reset to Thurs., 4/25/02 at 3:00 PM . (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 03/22/2002) |
| 04/25/2002 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Murphy/Atty Kelly with Dft Haywood D Robinson for change of plea on 4/25/02 . Oral motion to continue to complete plea negotiations - allowed. Change of plea reset to Tues., 4/30/02 at 10:00 am. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 04/26/2002) |
| 04/29/2002 | 65 | EXHIBIT List of Physical Evidence by Govt as to defendant Sammie J Simpson Jr (HK, ilcd) (Entered: 04/29/2002) |
| 04/29/2002 | 66 | Government's List of WITNESSES re: defendant Sammie J Simpson Jr (HK, ilcd) (Entered: 04/29/2002) |

| 04/29/2002 | 67 | AMENDED NOTICE of Intent to Use Evidence of Prior Convictions by plaintiff USA (HK, ilcd) (Entered: 04/29/2002) |
|---|---|---|
| 04/30/2002 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Murphy/Atty Kelly with Dft Haywood D Robinson for change of plea on 4/30/02 . Dft enters plea to information (See 02-10052). Final pretrial conference set 5/8/02 and jury trial set 5/13/02 are VACATED as to Dft Haywood D Robinson. Charges in this case will be dismissed at time of sentencing in 02-10052. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 04/30/2002) |
| 05/08/2002 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSAs Murphy and Keith/Atty Daniels with Dft Sammie Simpson/Atty Inman with Dft Levence Simpson/Atty Kelley with Dft Jerry McGinnis for pretrial conference on Wed., 5/8/02 . Court advises parties that jury selection is set Mon., 5/13/02 at 9:00 AM and jury trial will commence Mon., 5/20/02 at 9:00 AM. Oral motion by Govt to continue all previously issued subpoenas - allowed. So Ordered. Defense counsel to furnish discovery to Govt by 5/9/02 at 5:00 PM. Court to call parties to advise status of 5/13/02 jury trial on 5/10/02. Govt witness list amended to add Bill Muir and Tim Moore. Dfts remanded to custody of the US Marshal. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 05/09/2002) |
| 05/13/2002 | | MINUTES: before Chief Judge Joe B. McDade. AUSA Murphy/Keith/Atty Daniels w/ Dft S. Simpson/K. Kelley w/Dft J. McGinnis/A. Inman w/Dft L. Simpson present in person for jury selection. Jury selection held at 9:00 5/13/02 . Jury impaneled at 1:00 p.m. Time to adjourn. Jury trial to begin at 9:00 a.m. on 5/20/02. (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 05/14/2002) |
| 05/20/2002 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSAs Murphy and Keith/Atty Daniels with Dft Sammie Simpson/Atty Kelley with Dft Jerry McGinnis/Atty Inman with Dft Levence Simpson for jury trial on 5/20/02 . Joint oral motion to exclude witnesses - allowed. Oral motion by Govt in limine re: use of evidence to impeach. Agruments by counsel - motion allowed. Jury now present. Opening Statements by all parties. Evidence presented by Govt. Time for adjournment - jury trial continued to Tues, 5/21/02 at 9:00 AM. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 05/23/2002) |
| 05/21/2002 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSAs Murphy and Keith/Atty Daniels with Dft Sammie Simpson/Atty Kelley with Dft Jerry McGinnis/Atty Inman with Dft Levence Simpson for continued jury trial. Outside the presence of the jury - Stipulation regarding chemists presented to the court. Discussion re: corss-examination of witnesses and use of prior convictions. Jury now present for continued evidence by Govt. Stipulation read to jury. Time for adjournment. Jury trial continued to Wed., 5/22/02 at 9:00 AM. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 05/23/2002) |
| 05/21/2002 | 70 | STIPULATION regarding chemists (SH, ilcd) (Entered: 05/23/2002) |

| 05/22/2002 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSAs Murphy and Keith/Atty Daniels with Dft Sammie Simpson/Atty Kelley with Dft Jerry McGinnis/Atty Inman with Dft Levence Simpson for continued jury trial. Juror #20 relays to court and counsel outside the presence of the other jurors her concerns. Juror #20 is discharged and Alternate #1 becomes juror. Jury now present for continued evidence by Govt. Govt rests. Stipulation between Dft Sammie Simpson and Govt read to jury. Evidence presented by Dft Sammie Simpson. No evidence by Dft McGinnis or Dft Levence Simpson. All defendants rest. Jurors excused. Jury trial continued to Thurs., 5/23/02 at 9:00 AM. Jury instruction conference held. Time for adjournment. Counsel to appear on 5/23/02 at 8:30 AM. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 05/23/2002) |
| --- | --- | --- |
| 05/22/2002 | 71 | WRIT (Form USA 475) as to Eddie L Jackson returned executed on 5/21/02 (SH, ilcd) (Entered: 05/23/2002) |
| 05/23/2002 | 72 | Jury Instructions - Working copies (SH, ilcd) (Entered: 05/24/2002) |
| 05/23/2002 | 73 | Jury Instructions - clean copies (SH, ilcd) (Entered: 05/24/2002) |
| 05/23/2002 | 74 | Clerk's EXHIBIT(S) list from trial (SH, ilcd) (Entered: 05/24/2002) |
| 05/23/2002 | 75 | JURY COMMUNICATION - We have reached a verdict (SH, ilcd) (Entered: 05/24/2002) |
| 05/23/2002 | 76 | Trial EXHIBIT(S) - placed in vault (SH, ilcd) (Entered: 05/24/2002) |
| 05/23/2002 | 77 | Defendants EXHIBIT(S) from trial admission of which were denied (SH, ilcd) (Entered: 05/24/2002) |
| 05/23/2002 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSAs Murphy and Keith/Atty Daniels with Dft Sammie Simpson/Atty Kelley with Dft Jerry McGinnis/Atty Inman with Dft Levence Simpson for continued jury trial. Outside the presence of the jury, oral motion by Dft Levence Simpson for Judgment of Acquittal at close of all evidence. Arguments by counsel. Motion denied. Oral motions by Dfts McGinnis and Levence Simpson for Judgment of Acquittal at close of all evidence. Arguments by counsel. Motions denied. Jury now present and closing arguments heard. Court instructs jury. Alternate juror discharged. Bailiffs sworn. Jury retires to deliberate at 12:30 PM. Court notified at 4:30 PM that jury has reached a verdict. Jury returns to open court at 4:50 PM with verdicts as follows: Finding Sammie J Simpson Jr, Jerry E McGinnis, Levence Simpson guilty Sammie J Simpson (1) count(s) 1s, Jerry E McGinnis (2) count(s) 1s, Levence Simpson (4) count(s) 1, 2-3 . Further finding that the conspiracy involved 1 kilogram or more of heroin and 50 grams or more of cocaine base (crack). Further the jury did not find that a death resulted from the use of a controlled substance provided by a conspirator. (See Verdicts) Sentencing hearing set Tues., 9/24/02 at 2:00 PM . Matter referred to USPO for presentence reports. Verdicts entered of record. Judgment of conviction entered as to each defendant. AUSA advises court of mandatory detention. All defendants remanded to custody of the US Marshal. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: |

| | | 05/24/2002) |
|---|---|---|
| 05/23/2002 | 78 | VERDICT as to Sammie J Simpson Jr on Count 1s (SH, ilcd) Modified on 05/24/2002 (Entered: 05/24/2002) |
| 05/23/2002 | 81 | VERDICT as to Sammie J Simpson Jr, Jerry E McGinnis, Levence Simpson - We the jury find that the Conspiracy to Distribute a Controlled Substance charged in Count 1 of the Indictment involved: 1 kilogram or more of heroin, and 50 grams or more of cocaine bae (crack) (SH, ilcd) (Entered: 05/24/2002) |
| 05/23/2002 | 82 | VERDICT as to Sammie J Simpson Jr, Jerry E McGinnis, Levence Simpson - We the jury do not find that a death resulted from the use of a controlled substance provided by a conspirator. (SH, ilcd) (Entered: 05/24/2002) |
| 05/23/2002 | 85 | ORDER on Implementation of Sentencing Guidelines as to Dfts Sammie Simpson, Jerry McGinnis and Levence Simpson by Chief Judge Joe B. McDade (cc: all counsel) (SH, ilcd) (Entered: 05/24/2002) |
| 05/30/2002 | 88 | MOTION to adopt Defendant Levence Simpson's post trial motion by Sammie J Simpson Jr (HK, ilcd) (Entered: 05/30/2002) |
| 07/08/2002 | 89 | RESPONSE by plaintiff USA to motion for new trial [87-1] (ML, ilcd) (Entered: 07/08/2002) |
| 07/08/2002 | | MINUTES: before Chief Judge Joe B. McDade. Court is denying motion for new trial [87-1] as to defendants Sammie J. Simpson, Jr., Jerry E. McGinnis and Levence Simpson. (cc: all counsel/US Mar/Prob) (SH, ilcd) (Entered: 07/09/2002) |
| 08/02/2002 | 119 | CJA Form 20 Copy 4 (Appointment of Counsel) appointing Kim Kelley for Jerry McGinnis (HK, ilcd) (Entered: 10/30/2002) |
| 08/13/2002 | | MINUTES: before Chief Judge Joe B. McDade. Hearing on post trial motions/sentencing previously set 9/24/02 is VACATED and hearing on post trial motions/ sentencing hearing reset to Mon., 9/23/02 at 2:00 PM (in person in Peoria). (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 08/13/2002) |
| 08/16/2002 | 90 | MOTION to continue hearing set on Monday, September 23, 2002, at 2:00 pm by dft Sammie J Simpson Jr (ML, ilcd) (Entered: 08/16/2002) |
| 08/22/2002 | | MINUTES: before Chief Judge Joe B. McDade. Re: Dft S. Simpson, J. McGinnis and L. Simpson - Court is granting motion to continue hearing set on Monday, September 23, 2002, at 2:00 pm [90-1]. Sentencing hearing reset to Fri., 10/18/02 at 2:00 PM (in person in Peoria) as to these three defendants. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 08/22/2002) |
| 09/23/2002 | 92 | PETITION/POSITION by: dft Sammie Simpson, pro se, regarding sentencing factors (ML, ilcd) (Entered: 09/24/2002) |
| 09/23/2002 | 93 | Pro Se LETTER by defendant Sammie J Simpson Jr re sentence (ML, ilcd) (Entered: 09/24/2002) |

| 10/08/2002 | 94 | MOTION for order to retain investigator by Sammie J Simpson Jr (SH, ilcd) (Entered: 10/08/2002) |
| --- | --- | --- |
| 10/09/2002 | | MINUTES: before Chief Judge Joe B. McDade granting motion for order to retain investigator [94-1] by Sammie J Simpson Jr. Atty Daniels is authorized to retain investigative sevices of Accord Company for services at a cost of not more than $150.00. (cc: all counsel/Prob/CJA) (S, ilcd) (Entered: 10/09/2002) |
| 10/10/2002 | | MINUTES: before Chief Judge Joe B. McDade. Recent correspondence from defendant Levence Simpson suggesting an ineffective assistance of counsel claim against his attorney will be the subject of inquiry at the start of the sentencing hearing on 10/18/02. (cc: all counsel/Prob) (S, ilcd) (Entered: 10/10/2002) |
| 10/18/2002 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Murphy/Attorney Inman with dft Lavence Simpson for sentencing previously set on Fri 10/18/02, at 2:00 pm. Same not held. Oral motion by dft to withdraw letter of 10/09/02 re ineffective assistance of counsel. Crt advises dft of right to file 2255 after sentencing. Sentencing hearing continued to 10:30 am on Mon 10/21/02, as to dft Levence Simpson, in person in Peoria. (cc: all counsel/Prob/US Mar/Crt Rptr) (ML, ilcd) Modified on 10/21/2002 (Entered: 10/21/2002) |
| 10/18/2002 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Murphy/Attorney Kim Kelley with dft Jerry McGinnis for sentencing hearing previously set on Fri 10/18/02, at 2:00 pm. Same not held. Oral motion by dft to withdraw letters re ineffective assistance of counsel. Sentencing hearing continued to 9:30 am on Tues 10/29/02, in person in Peoria as to dft Jerry McGinnis. (cc: all counsel/Prob/US Mar/Crt Rptr) (ML, ilcd) (Entered: 10/21/2002) |
| 10/18/2002 | | MINUTES: before Chief Judge Joe B. McDade. Parties present in open court by AUSA Murphy/Attorney Daniels with dft Sammie Simpson, Jr for sentencing hearing at 2:00 pm on Fri 10/18/02. Presentence Report discussed. Court rules on objections to PSR. Court adopts factual findings of PSR. Dft makes statement in mitigation of punishment. Govt makes recommendation. The Court sentences Sammie J Simpson (1) as to count(s) 1s. Dft Sammie Simpson committed to custody of BOP for 262 months; 5 years Supervised Release; No Fine; Special Assessment of $100.00 to be paid immediately. Oral motion by govt to dismiss count 1 as to Sammie J Simpson Jr (1) - motion allowed. Dft advised of right to appeal. Dft remanded to custody of US Marshal. (cc: all counsel/Prob/US Mar/Crt Rptr) (ML, ilcd) (Entered: 10/22/2002) |
| 10/18/2002 | 99 | PRESENTENCE Report on Sammie J Simpson Jr ( original sealed ) (ML, ilcd) (Entered: 10/22/2002) |
| 10/18/2002 | 100 | SENTENCING recommendation (original sealed) as to defendant Sammie J Simpson Jr (ML, ilcd) (Entered: 10/22/2002) |
| 10/18/2002 | 101 | STATEMENT of Reason for Imposing Sentence (Sealed) as to defendant Sammie J Simpson Jr by Chief Judge Joe B. McDade (ML, ilcd) (Entered: |

| | | 10/22/2002 |
|---|---|---|
| 10/23/2002 | 105 | NOTICE of Appeal to Circuit Court by defendant Sammie J Simpson Jr, [78-1] (cc: all counsel) (ML, ilcd) (Entered: 10/23/2002) |
| 10/23/2002 | 106 | SHORT RECORD ON APPEAL sent to USCA as to dft Sammie J Simpson Jr (ML, ilcd) (Entered: 10/23/2002) |
| 10/24/2002 | 108 | JUDGMENT and Commitment Order as to defendant Sammie J Simpson Jr by Chief Judge Joe B. McDade (ML, ilcd) (Entered: 10/24/2002) |
| 10/25/2002 | 111 | SHORT RECORD ON APPEAL sent to USCA as to dft Levence Simpson (ML, ilcd) (Entered: 10/25/2002) |
| 10/28/2002 | 112 | Pro Se NOTICE of Appeal to Circuit Court by defendant Sammie J Simpson Jr [108-1] (cc: all counsel/CA-7) (ML, ilcd) (Entered: 10/28/2002) |
| 10/28/2002 | 113 | SHORT RECORD ON APPEAL sent to USCA as to pro se notice of appeal filed 10/28/02 by dft Sammie J Simpson Jr (ML, ilcd) Modified on 10/28/2002 (Entered: 10/28/2002) |
| 10/28/2002 | 115 | SHORT RECORD ON APPEAL sent to USCA as to dft Levence Simpson (ML, ilcd) (Entered: 10/28/2002) |
| 10/31/2002 | 120 | Notification by USCA of Appellate Docket Number 02-3794 appeal docketed on 10/25/02 as to dft Sammie J Simpson. (KB, ilcd) Modified on 01/13/2003 (Entered: 10/31/2002) |
| 10/31/2002 | 121 | Notification by USCA of Appellate Docket Number 02-3832 regarding Dft Levence Simpson (SH, ilcd) Modified on 11/25/2002 (Entered: 10/31/2002) |
| 11/01/2002 | 123 | Notification by USCA of Appellate Docket Number 02-3848 for appeal [#112] filed pro se on 10/28/02 by dft Sammie J Simpson Jr (ML, ilcd) (Entered: 11/01/2002) |
| 11/01/2002 | 125 | SHORT RECORD ON APPEAL sent to USCA (ML, ilcd) (Entered: 11/01/2002) |
| 11/04/2002 | 126 | Notification by USCA of Appellate Docket Number 02-3869 for pro se appeal [114-1] filed 10/28/02 by Levence Simpson (ML, ilcd) (Entered: 11/04/2002) |
| 11/04/2002 | 127 | ORDER from USCA re dfts Sammie J Simpson and Levence Simpson. ORDERED that the Court, on its own motion, orders that these appeals are consolidated for purposes of briefing and disposition. (ML, ilcd) (Entered: 11/04/2002) |
| 11/08/2002 | 129 | Notification by USCA of Appellate Docket Number 02-3901 for appeal [124-1], filed by dft Jerry E McGinnis on November 1, 2002 (ML, ilcd) Modified on 11/08/2002 (Entered: 11/08/2002) |
| 11/08/2002 | 130 | ORDER from USCA re dfts Sammie J Simpson, Levence Simpson and Jerry E McGinnis, appeal nos. 02-3794, 02-3832 and 02-3901 respectively. ORDERED that the court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition. (briefing |

| | | schedule set out in order) (ML, ilcd) (Entered: 11/08/2002) |
|---|---|---|
| 11/12/2002 | | MINUTES: before Chief Judge Joe B. McDade. ORDERED that the Court is granting motion by dft Jerry E. McGinnis for order for transcript and for record on appeal [131-1] (cc: all counsel/Crt Rptr) (ML, ilcd) Modified on 11/12/2002 (Entered: 11/12/2002) |
| 11/12/2002 | | CLERK'S RECORD on appeal prepared, but not transmitted to USCA, (ML, ilcd) (Entered: 11/12/2002) |
| 12/02/2002 | 135 | JUDGMENT and Commitment returned executed 11/26/02 as to Sammie J Simpson (1) count(s) 1s - dft entered FCI Greenville (ML, ilcd) (Entered: 12/02/2002) |
| 12/03/2002 | 136 | Official Court Reporter's TRANSCRIPT of Sentencing Hearing of Levence Simpson held on October 21, 2002, in Peoria, IL before Chief Judge McDade (ML, ilcd) (Entered: 12/03/2002) |
| 12/03/2002 | 137 | Official Court Reporter's TRANSCRIPT of Sentencing Hearing held on October 29, 2002, re dft Jerry McGinnis, before Chief Judge McDade in Peoria, IL (ML, ilcd) (Entered: 12/03/2002) |
| 12/16/2002 | 139 | RECEIPT for Record on Appeal by Atty Kim Kelley for Dft Jerry McGinnis (SH, ilcd) (Entered: 12/16/2002) |
| 12/19/2002 | 140 | OFFICIAL COURT REPORTER'S TRANSCRIPT of Sentencing Hearing as to dft Sammie Simpson Jr held on 10/18/02, before Chief Judge McDade in Peoria, IL (ML, ilcd) (Entered: 12/20/2002) |
| 01/02/2003 | 143 | OFFICIAL COURT REPORTER'S TRANSCRIPT of Jury Trial held 5/20/02 - 5/23/02 in Peoria, IL before Chief Judge McDade - Volume 1 of 3 (ML, ilcd) (Entered: 01/02/2003) |
| 01/02/2003 | 144 | OFFICIAL COURT REPORTER'S TRANSCRIPT of Jury Trial held 5/20/02 - 5/23/02 in Peoria, IL before Chief Judge McDade - Volume 2 of 3 (ML, ilcd) (Entered: 01/02/2003) |
| 01/02/2003 | 145 | OFFICIAL COURT REPORTER'S TRANSCRIPT of Jury Trial held 5/20/02 - 5/23/02 in Peoria, IL before Chief Judge McDade - Volume 3 of 3 (ML, ilcd) (Entered: 01/02/2003) |
| 01/03/2003 | | MINUTES: before Chief Judge Joe B. McDade. ORDERED that the motion for order to correct the record on appeal pursuant to F. R. A. P. 10(e) [142-1] is granted. (cc: all counsel) (ML, ilcd) (Entered: 01/03/2003) |
| 01/13/2003 | 147 | MANDATE from Circuit Court of Appeals dismissing the appeal [114-1] filed by dft Levence Simpson. ORDERED that this appeal is DISMISSED as unnecessary as it duplicates an earlier appeal filed on October 25, 2002, No. 02-3832 (ML, ilcd) Modified on 01/13/2003 (Entered: 01/13/2003) |
| 01/13/2003 | 148 | MANDATE from Circuit Court of Appeals dismissing the appeal [112-1] filed by dft Sammie J Simpson. ORDERED that this appeal is DISMISSED as unnecessary as it duplicates an earlier appeal filed by counsel on 10/23/02 and docketed as no. 02-3794 (ML, ilcd) (Entered: 01/13/2003) |

| 01/23/2003 | 149 | Official Court Reporters TRANSCRIPT of Closing Arguments held 5/23/02 re: ALL DEFTS (HK, ilcd) (Entered: 01/23/2003) |
| 02/05/2003 | | Docket Modification (Utility Event) - Record on Appeal updated to include documents filed since record was originally prepared on 11/12/02 (rather than doing supplemental record) as to Sammie J Simpson Jr, Jerry E McGinnis, Haywood D Robinson, Levence Simpson (SH, ilcd) (Entered: 02/05/2003) |
| 02/05/2003 | 150 | RECEIPT by Atty Spencer Daniels for Record on Appeal as to Sammie J Simpson Jr, Jerry E McGinnis, Levence Simpson (1 volume pleadings and 1 loose pleading #72) (SH, ilcd) (Entered: 02/06/2003) |
| 04/11/2003 | 151 | NOTICE OF ORAL ARGUMENT pursuant to Rule 11, requesting clerk's record on appeal be forwarded to CA-7 immediately. (ML, ilcd) (Entered: 04/15/2003) |
| 04/15/2003 | | CLERK'S RECORD on appeal transmitted to USCA, consisting of one volume of pleadings, one volume of in camera documents, one volumes of loose pleadings (#72), one volume of exhibits (#77) and seven volumes of transcripts (for appeal [#105-1], no 02-3794, appeal [#110-1], no 02-3832, and appeal [124-1], no 02-3901) (ML, ilcd) (Entered: 04/15/2003) |
| 04/21/2003 | 152 | RECEIPT for clerk's record on appeal as to dfts Sammie J Simpson Jr, Jerry E McGinnis, Levence Simpson (for appeals 02-3794, 02-3832, & 02-3901 consisting of One volume of Pleadings, 7 volumes of Transcript, One volume of Exhibits, One volume of In Camera Documents and One Volume of Loose Pleadings (ML, ilcd) (Entered: 04/21/2003) |
| 07/23/2003 | 153 | MOTION for order to release bond by dft Sammie J Simpson Jr (ML, ilcd) (Entered: 07/24/2003) |
| 08/06/2003 | | MINUTES: before Chief Judge Joe B. McDade granting motion by dft Sammie J Simpson, Jr for order to release bond [153-1] in that, bond will be released upon payment of $20.00 owed on Special Assessment. (cc: all counsel/Prob/Fin Adm/FLU) (ML, ilcd) (Entered: 08/06/2003) |
| 08/11/2003 | 158 | RECEIPT for $20.00 as to defendant Sammie J Simpson Jr paid toward special assessment (HK, ilcd) (Entered: 10/03/2003) |
| 08/18/2003 | 154 | MANDATE from Circuit Court of Appeals affirming the decision of the District Court [124-1], affirming the decision of the District Court [110-1], affirming the decision of the District Court [105-1] (SH, ilcd) (Entered: 08/18/2003) |
| 08/18/2003 | | RECORD ON APPEAL returned from U.S. Court of Appeals (1 volume pledings, 1 loose pleading, 7 volumes transcript, 1 volume exhibits, 1 in camera document). (SH, ilcd) (Entered: 08/18/2003) |
| 09/08/2003 | 155 | RECEIPT for PSR (#99), Sentencing Recommendation (#100), and Statement of Reasons (#101) as to defendant Sammie J Simpson Jr which were returned to USPO on 9/03/03 (ML, ilcd) (Entered: 09/09/2003) |
| 03/24/2004 | 159 | MOTION for order for grand jury minutes by Sammie J Simpson Jr (HK, |

|  |  | ilcd) (Entered: 03/24/2004) |
|---|---|---|
| 03/26/2004 |  | MINUTES: before Chief Judge Joe B. McDade denying motion by dft Sammie Simpson, Jr for order for grand jury minutes [159-1] (cc: all counsel) (ML, ilcd) (Entered: 03/26/2004) |
| 06/08/2004 |  | Docket Modification (Utility Event) finding the motion for order for transcript and record on appeal [132-1] moot. Transcripts filed. (PR, ilcd) (Entered: 06/08/2004) |
| 07/20/2004 | ●160 | MOTION for Return of Property/PostTrial ( exhibits) by USA as to defendants Haywood D Robinson, Sammie J Simpson Jr, Jerry E McGinnis, Levence Simpson. (CL, ilcd) (Entered: 07/21/2004) |
| 07/21/2004 | ●161 | ORDER granting [160] Government's Motion for Return of Property/PostTrial. IT IS HEREBY ORDERED that government exhibits (see Exhibit "A", attached to Order) admitted in this case be returned to the government for destruction or other disposition. Entered by Chief Judge Joe Billy McDade on 7/21/04. (cc: all counsel) (CAD, ilcd) (Entered: 07/22/2004) |
| 08/06/2004 | ●162 | Receipt for Govt Exhibits as to Sammie J Simpson Jr. (RK, ilcd) (Entered: 08/06/2004) |
| 09/13/2004 | ●163 | MOTION to Inspect Grand Jury Minutes by Sammie J Simpson Jr, filed pro se. (CL, ilcd) (Entered: 09/14/2004) |
| 09/24/2004 | ●164 | ORDER denying 163 Motion For Grand Jury Minutes as to Sammie J Simpson Jr (1). Entered by Judge Joe Billy McDade on 9/24/04. (MS, ilcd) (Entered: 09/24/2004) |