UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| SAMMIE SIMPSON, | ) | |
| Petitioner, | ) | |
| v. | ) | No. 05-1010 |
| UNITED STATES, | ) | |
| Respondent. | ) | |

## O R D E R

The Government shall respond to Simpson's motion under 28 U.S.C. § 2255 within 60 days from the date of this order. The clerk shall serve the U.S. Attorney with a copy of Simpson's motion and with a copy of this order.

Signed this 21st day of January 2005.

s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge