**E-FILED**
Monday, 21 March, 2005  08:53:22 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | |
| HERROD, WALTER JAMES | ) | Case Number 04-84557 |
| HERROD, VERNA JEAN | ) | (Chapter 13) |
|     Debtors. | ) | |
| _____ | ) | |
| | ) | |
| HERROD, WALTER JAMES | ) | |
| HERROD, VERNA JEAN | ) | |
|     Plaintiffs, | ) | |
| | ) | Adversary Case Number 04-08466 |
| vs. | ) | |
| | ) | |
| NCC BUSINESS SERVICES, INC. | ) | |
|     Defendant. | ) | |
| _____ | ) | |

**ORDER**

    This cause coming on pursuant to the Plaintiff's Complaint for Sanctions and it is hereby ordered that:

1. That the Default Judgment Order that was entered with this Court on February 1, 2005, is vacated due to full satisfaction from NCC Business Services, Inc.

2. That the Adversary Complaint is hereby dismissed with prejudice.

# # #