UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| **SAMMIE J. SIMPSON, JR.,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | Case No. 05-1010 |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

**GOVERNMENT'S RESPONSE TO §2255 MOTION TO VACATE,
SET ASIDE OR CORRECT SENTENCE**

Now comes the United States of America, by and through its attorneys, Jan Paul Miller, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and in response to Petitioner's Motion pursuant to 28 U.S.C. §2255 states as follows:

1.   The petitioner was indicted and convicted for the offense of conspiracy, in violation of 21 U.S.C. § 846.

2.   On October 18, 2002, the petitioner was sentenced to 262 months imprisonment on the conspiracy charge.

3.   The petitioner took a direct appeal and the Seventh Circuit Court of Appeals affirmed the conviction and sentence on July 24, 2003. *See United States v. Simpson*, 337 F.3d 905 (7th Cir. 2003).

4.   The government is unaware of any other post conviction pleadings filed by the petitioner.

5. The petitioner's Motion to Vacate should be denied for the reasons contained in the attached Memorandum in Support of Government's Response to Petitioner's §2255 Motion.

6. No evidentiary hearing is necessary to adjudicate the petitioner's claims herein.

WHEREFORE, the United States requests this Court to deny the petitioner's §2255 Motion.

          Respectfully submitted,

          UNITED STATES OF AMERICA

          JAN PAUL MILLER
          UNITED STATES ATTORNEY

          s/Bradley W. Murphy
          Bradley W. Murphy
          Assistant United States Attorney
          Office of the United States Attorney
          One Technology Plaza - Suite 400
          211 Fulton Street
          Peoria, Illinois 61602
          Telephone: 309/671-7050

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2005 I electronically filed the foregoing **RESPONSE TO MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BROUGHT PURSUANT TO 28 U.S.C. §2255** with the Clerk of the Court using the CM/ECF system. Service has also been made on the petitioner by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

        Sammie J. Simpson, Jr.
        #20507-424
        FCI Greenville
        P.O. Box 5000
        Greenville, IL 62246-5000

<u>March 21 , 2005</u>        <u>s/Diane Hayes</u>
Date        Paralegal Specialist