UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
AT PEORIA

| | |
|---|---|
| SAMMIE J. SIMPSON, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Case No. 05-1010 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**GOVERNMENT'S SUPPLEMENTAL ATTACHMENT TO MEMORANDUM IN SUPPORT OF RESPONSE TO §2255 MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE**

Now comes the United States of America, by and through its attorneys, Jan Paul Miller, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and hereby submits the affidavit of Attorney Spencer Lee Daniels as an attachment to its memorandum of law in response to Petitioner's Motion pursuant to 28 U.S.C. §2255.

    Respectfully submitted,

    UNITED STATES OF AMERICA

    JAN PAUL MILLER  
    UNITED STATES ATTORNEY

    s/Bradley W. Murphy  
    Bradley W. Murphy  
    Assistant United States Attorney  
    Office of the United States Attorney  
    One Technology Plaza - Suite 400  
    211 Fulton Street  
    Peoria, Illinois 61602  
    Telephone: 309/671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2005 I electronically filed the foregoing **ATTACHMENT TO MEMORANDUM IN SUPPORT OF RESPONSE TO MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BROUGHT PURSUANT TO 28 U.S.C. §2255** with the Clerk of the Court using the CM/ECF system. Service has also been made on the petitioner by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>Sammie J. Simpson, Jr.
>#20507-424
>FCI Greenville
>P.O. Box 5000
>Greenville, IL 62246-5000

March 24 , 2005            s/Diane Hayes
Date                       Paralegal Specialist