UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **SAMMIE SIMPSON**<br>Petitioner,<br><br>vs.<br><br>**UNITED STATES,**<br>Respondent. | )<br>)<br>)  Docket No. 05-1010<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SPENCER LEE DANIELS

| | |
|---|---|
| STATE OF ILLINOIS | )<br>) SS.<br>) |
| COUNTY OF PEORIA | |

SPENCER LEE DANIELS, being first duly sworn upon oath, deposes and says as follows:

1. That the Affiant was trial lawyer to the Petitioner and tried the case to a jury verdict in this cause.

2. That the Petitioner was found guilty of most of the charges, but not of the aggravating circumstance that he sold heroin that committed the death of an individual.

3. That as to Ground One, the Court did not allow the death of William Gilmore as an aggravating circumstance to the sentencing of this Petitioner.

4. That Counsel did object to the drug quantities in the Sentencing Report and did argue to the jury that the drug quantities were not attributable to this Petitioner and that there was no evidence that this Petitioner had possession or was involved in the conspiracy at trial.

5. That it is the recollection of this Counsel that Defense Counsel did object to level 36 at the Sentencing Hearing.

6. That the Petitioner did not object to the impermissible hearsay on the tapes that were submitted to the Courts due to the fact that the Petitioner filed a Santiago Motion, which was denied by this Court prior to trial.

7. That it is the recollection of Spencer Lee Daniels that an expert witness was retained for the purpose of investigation of this case and a private investigator was retained by Spencer Lee Daniels to assist at trial.

The Affiant further sayeth not.

_____
Spencer Lee Daniels, Attorney

Subscribed and Sworn to before me this 10th day of March, 2005.

_____
Notary Public

OFFICIAL SEAL
SUSAN K. BENEDICT
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-9-2006

SPENCER LEE DANIELS
Attorney at Law
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Tel: (309) 673-1400
Fax: (309) 673-3960