UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

SAMMIE SIMPSON, )
       Petitioner. )
)
) Case No: 1:05-cv-1010
-VS- ) Honorable Judge,
) Joe Billy McDade
)
UNITED STATES OF AMERICA, )
       Respondent. )

### RULES GOVERNING SECTION § 2255 PROCEEDINGS FOR THE UNITED STATES DISTRICT COURTS, MOTION FOR PRODUCTION OF DOCUMENTS PURSUANT TO RULE # 6 DISCOVERY

Now comes petitioner Sammie Simpson, pro se in his proper person, and pursuant to Rule 6 of The Federal Rules of Criminal Procedure or the Federal Rules of Civil Procedure. The petitioner may invoke the processes of discovery available under Rule 6 the Judge may exercise his discretion and for good cause shown grant said motion. The petitioner, respectfully request that this Honorable Court grant discovery, pursuant to Habeas Corpus Rule 6(a), and Brady V. Gramley, 520 U.S. 899, 117 S. Ct. 1793 (1997), moves for leave of this court to invoke the process of discovery available under Federal Rules of Civil Procedure. In support thereof, defendant aver as follows:

    1). The defendant has tmely filed § 2255 petition now before this Honorable court seek relief under 28 USC § 2255.

-1-

## NOTICE OF FILING/PROOF OF SERVICE

TO:   UNITED STATES DISTRICT COURT

      FOR THE CENTRAL DISTRICT OF ILLINOIS

ATTN:   <u>office of the court clerk (1) original</u>

    UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF ILLINOIS
      OFFICE OF THE CLERK
        ROOM 309
      FEDERAL BUILDING
      100 N.E. MONROE
    PEORIA ILLINOIS 61602

ATTN:   Clerk will you please stamp one copy filed and return to me as my reciept  ?


## CERTIFICATE OF SERVICE

I SAMMIE SIMPSON, swear under penalty of perjury that I served the above attached:

**MOTION FOR PRODUCTION OF DOCUMENTS PURSUANT TO RULE 6 FEDERAL CIVIL / JUDICIAL PROCEDURE AND RULES** ,by placing said documents in the U.S. MAIL, first class postage prepaid, at the F.C.I. GREENVILLE Inmate" Legal Mail BOX" this day ARIP 3/6, 2005

                AFFIANT

                SAMMIE SIMPSON
                Federal Reg# 20507-424
                P.O. BOX , 5000
                GREENVILLE ILL. 62246

                */s/ Sam Simpson*