UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

SAMMIE SIMPSON, )
  )
  Petitioner. )
  )
  )
  )  Case NO: 1:05-cv-1010
 -VS- )  Honorable Judge,
  )  Joe Billy McDade
  )
  )
UNITED STATES OF AMERICA, )
  )
  Respondent. )

### PETITIONERT'S MOTION FOR LEAVE TO FILE FOR DISCOVERY

Petitioner, Sammie Simpson, pro se, and pursuant to 28 U.S.C., § 2255, Rule 6(A) moves for leave to request and file for discovery with Memorandum in the above entitled case to compel the Government to provide petitioner with:

> Grand Jury testimony of a person not a government agent who testified before the grand jury.

This testimony may have been relevant to issues Petitioner sought to raise at trial and to several issues raised in the instant § 2255 Motion. Counsel was ineffective for failing to request the testimony of the government informants. **Miller V. Wainwright**, 798 F. 2d 426 (11th Cir. 1986)

This testimony was valuable to Petitioner's defense and was needed to resolve issues in the instant § 2255 motion. Counsel was ineffective for failing to obtain this information. The petitioner requested this information a number of times Henderson V. Sargent, 926 F. 2d 706 (8thCir)

-1-

Exculpatory Evidence.

There is evidence that the government failed to disclose exculpatory evidence, and the defense counsel **Spencer Daniels,** failed to obtain the evidence at Petitioner's request. This information is needed to support Petitioner's claim which he have filed with this Honorable Court. The individual items are enlisted in the foregoing motion attached. Counsel failed to obtain them. McQueen V. Senson, 489 F. 2d 207, 216 (8th Cir. 1994).

That the Government failed to disclose to and defense counsel failed to obtain under the Freedom of Information Act of 1974.

Wherefore, Petitioner respectfully prays that this Honorable Court grant him leave to file for discovery as his shown cause.

Respectfully submitted,

*Sammie Simpson*

Sammie Simpson # 20507-424
Federal Correctional Institution
F.C.I. Greenville, P.O. Box 5000
Greenville, Illinois 62246