```
             UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF ILLINOIS
                      AT PEORIA
```

FILED
APR 11 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SAMMIE J. SIMPSON, JR.         )
                               )
        Petitioner,             )
                               )
v.                             )    Case No. 05-1010
                               )
UNITED STATES OF AMERICA,      )
                               )
        Responednt.            )

### MOTION FOR ENLARGEMENT OF TIME TO REPLY TO GOVERNMENT'S RESPONSE TO PETITIONER'S 2255 PETITION

Now comes Petitioner, **SAMMIE J. SIMPSON, JR.**, in his own proper person, pursuant to Rule 6(a)(b) of the Fedral Rules of Civil Procedure, and moves this Honorable Court to grant Petitioner's motion and to issue an order enlarging the time in which petitioner shall reply to the Government's response to Petitioner's post conviction petition until May 12, 2005, during which time petitioner shall timely file his reply on or before said date. In support thereof, Petitioner aver as follows:

1. Movant is the Pro se petitioner in the above-captioned cause, and is presently confined at the Greenville Correctional Institution at Greenville, Illinois.

2. That petitioner is a layperson at law and is being assisted with the research and preparation of his post-conviction pleadings, and due to petitioner Unicor assignment he has limited access to the institution law library facility in conjunction with his legal advocate. At the time of this request, scheduling is being arranged to ensure petitioner and his inmate advocate have sufficient and

meaningful access to the institution Law Librrary Facility.

    3.   That this request for an enlargement of time is not a ploy intended to cause delay, and petitioner's claim has merit and is not frivolous and he is entitled to relief.

    4.   The failure to grant an enlargement of time under these circumstances would be likely to result in a miscarriage of justice. The ends of justice serves by granting an enlargement of the time outweight the best interest of the public and petitioner access to the courts is reserved.

    5.   The Wherefore, it is requested that this Honorable Court grant petitioer's motion for an enlargement of time for filing his reply as requested herein, and for such other and further relief as this Court deeds just and proper.

                                            Respectfully submiited,

                                            Sammie J. Simpson Jr.
                                            Reg. No. 20507-424
                                            Greenville Correctional Institution
                                            Post Office Box 5000
                                            Rt. 40 and 4th Street
                                            Greenville, Illinois 62246

STATE OF ILLINOIS )
                 ) SS
COUNTY OF B O N D )

## AFFIDAVIT OF SAMMIE J. SINPSON JR.

I, SAMMIE J. SIMPSON, being first duly sworn upon oath, deposes and says as follows:

1. Affiant is the pro se litigant in the hereto attached pleading Motion for Enlargement of Time to Reply to Government's Response to Petitioner's 2255 Petition, and the content therein is true and correct in both substance and fact to the best of my knowledge and recollection.

2. That I am presently confined at the Greenville Correctional Institution, Greenville, Illinois, and because of my Unicor assigned work position my access to the institution law library facility is limited to those hours after my work assignment that have not been excused.

3. That I am being assisted with the preparation and research of all the necessary and requisit document that must be filed in relation with my post-conviction petition. In addition, I have take steps to ensure that my inmate legal advocate and myself have adequate and sufficient time to confer with each other on the preparation and filing of the Government's response to my 2255 motion.

4. The institution law library is the only area in the institution that inmate are allowed to assist other inmates in the research and preparation of legal materials (BOP Policy No. 1315.07 para 5, Attached)

without being subject to disciplinary action and lost of good time and restricted privileges.

5. That petitioner has exercised due diligence to ensure timely reply to the Government's response is forthcoming. And the requested enlargement of time is not purpose as a delay tactic to disrupt these proceedings.

FURTHER AFFIANT SAYED NOT

_____
Affiant, Sammie J. Simpson Jr.

SWORN and SUBSCRIBED to before me this __5__ day of __April__ 2005.

_____
Notary Public

My Commission expires: __Seventh__ of __January__, __2006__.

I swear under penalty of perjury that the
content of these pleading are true and
correct in both substance and fact to the
best of my knowledge and belief.

_____
Affiant, Sammie J. Simpson Jr.


## CERTIFICATE OF SERVICE

    I, Sammie J. Simpson Jr., cause a true and correct copy of the attached pleading to be served on all parties by placing a true and correct copy in an envelope with correct postage affixed thereto and deposited same in the U.S. Mail Box at the Greenville Correctional Institution on the 4th day of April, 2005.

                                                _____
                                                Affiant, Sammie J. Simpson Jr.



**UNITED STATES GOVERNMENT**

# memorandum

*Federal Correctional Institution*
*Greenville, Illinois 62246*

**DATE:** April 1, 2004

**REPLY TO ATTN OF:** N. Porter, Law Librarian
FCI, Greenville, Illinois

**SUBJECT:** Procedures for the Law Library (1 - 11)
Expiration Date 03/31/2005

**TO:** All Concerned

1. Legal materials have been provided per Program statement 1315.07, **Legal Activities, Inmate**. The Main Law Libraries are located in the F.C.I. and Camp Education Departments. A Basic Law Library is provided for the Special Housing Unit.

2. The hours of operation for the Main Law Libraries are as follows:

   Monday - Friday.......... 7:30 a.m. - 10:30 a.m.
                                       12:30 p.m. -  3:30 p.m.

   Monday - Thursday........ 5:00 p.m. -  8:30 p.m.

   Saturday & Sunday........ 7:30 a.m. -  9:30 a.m.
                                       10:30 a.m. -  3:30 p.m.

   Federal Holidays......... CLOSED

3. The Education Department maintains the law libraries. Route all **Inmate Requests to Staff Member** to the Education Department Law Librarian.

4. A vending card-operated copy machine is available in the Law Library to reproduce needed photocopy materials. The copier is housed in Education and maintained by the commissary. Copy cards can be purchased through the commissary. Indigent inmates, as deemed by the courts, will receive reasonable photocopying of exhibits at no expense. An exhibit is a document which cannot be reproduced in any manner except by photocopying. Neither a brief nor case laws are considered to be exhibits. If the copier is not available due to maintenance, photocopying of exhibits will be provided on a first come, first served basis, during the last hour of operation of each day the copier is in maintenance.

5. The Main Law Libraries are the only designated areas in which inmates may assist other inmates in researching and preparing legal materials. Inmates providing or receiving assistance are strictly governed by the rules established in P.S.

        1315.07, **Legal Activities, Inmate**, regarding the possession of another inmate's legal materials. Violation of these rules may result in disciplinary action.

6. Legal materials, with the exception of approved legal cassettes or videos, belonging to inmates will not be stored or left unattended in the Education Department for any length of time.

7. Inmates who demonstrate a requirement to meet an imminent court deadline may request special time allowances for research and preparation of documents. Inmates will submit requests to the legal liaison for approval.

8. Any legal cassette tapes and/or legal videos to be viewed by an inmate, shall be directly delivered to the legal liaison. Upon approval, the legal material shall be forwarded to the Law Library Coordinator, whereupon, it will be placed in storage. The legal liaison will ensure the inmate and his Unit Manager are notified when the legal material(s) has been approved. Ordinarily, these materials will be approved for only thirty (30) days of viewing or listening. Any request for a time extension, shall be submitted to the legal liaison in a timely manner.

9. A check out / check in system has been implemented for all law materials which must be strictly followed. The items checked out will only be used in the library. These materials will not be removed from the library at any time for any reason. The individual who checks out any legal materials assumes all responsibility for the materials regarding loss or any intentional damage. Please be considerate of others with regard to loss, damage, accessability, and the number of books available.

10. Typewriters will be provided in the law library for inmate use. The typewriters are primarily for the preparation of legal materials. The Education Department will provide an adequate supply of writing materials, such as: paper, pencils, and envelopes; in addition to office items, such as: staplers, paper clips, hole punches, etc. Please be considerate of others with regard to loss, damage, accessability, and the number of items available.

11. The Education Department is a non-smoking area.

                    Approved: *Darlene A. Veltri*
                    **Darlene A. Veltri, Warden**