E-FILED
Thursday, 19 May, 2005  11:04:24 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

SAMMIE SIMPSON,           )
                          )
            Petitioner,   )
                          )
V.                        )    Case No.  1:05-cv-1010
                          )
UNITED STATES OF AMERICA, )
                          )
            Respondent.   )

FILED
MAY 1 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### APPENDIX OF PETITIONER

SAMMIE SIMPSON
Petitioner Pro Se

Reg. NO. 20507-424
Greenville Correctional Institution
Post Office Box 5000
Roure 40 and 4th Street
Greenville, Illinois 62246

The maximum sentence that a Judge could have imposed in this case ( without an upward departure ), had he not made any findings concerning quantity of drugs or leadership role or Organizer of the conspiracy, would have been 12-18 months, given the defendant Sammie Simpson a base offense level of 12, U.S.S.G. §2D1.1 (14) .Less than 5 Grams of Heroin (or the equivalent amount of other Schedule I or II Opiates).

---

The maximum sentence for cocaine base that a Judge would have impose ( without an upward departure ). had he not made any finding concerning quantity of drugs in which the conspiracy involved during the course of the conspiracy. would have been 46-57 months, given the defendant a base offense level of 22, U.S.S.G. 2D1.1 (9) . At least 3 Grams but less than 4 Grams of Cocaine Base.

---

The maximum sentence which the defendant Sammie Simpson, would have received base on the jury finding which was 50 grams or more of cocaine base (crack) and 1000 grams or more of heroin without any additional facts such as being responsible for the death of Mr. William Gilmore, And being responsible for being the leader of this conspiracy. would have been 135-168 months, given the defendant a base offense level of 32, U.S.S.G. 2D1.1 (c) (4) . At least 50 Grams but less than 150 grams of Cocaine Base.

---

Exhibit "A" A-1

SENTENCE CHART

| Statutory Provisions | Guidelines Provisions | Sentence Range |
|---|---|---|
| 21 USC §841(b)(1)(A) TEN years to LIFE | USSG 2D1.1(c)(2) Base Offense Level-36 | Criminal History II = 210-262 months |
| TWENTY years to LIFE- (prior conv. §851) | USSG 2D1.1(c)(2) Base Offense Level-36 | II = 240-262 months |
| 21 USC §841(b)(1)(B) FIVE years to FORTY | USSG 2D1.1(c)(9) Base Offense Level-22 | 3-4 grams cocaine-base II = 46-57 months (FIVE year minimum) |
| 21 USC §841(b)(1)(C) not more than TWENTY years. | USSG 2D1.1(c)(9) Base Offense Level-32 | II = 135-168 months 50-150 grams cocaine-base. |

In the instant case, the jury was provided 3.5 grams of cocaine base (seized from Levence Simpson) and 2.5 grams of heroin (seized from Levence Simpson), which is the only drug quantities the jury received as evidence.

The maximum sentence the court could impose would have been 168 months based upon the finding that the offense involved more than 50 grams of "crack" cocaine base, coupled with petitioner's criminal history category of II.

Exhibit "B" B-1

| 35. | November 2000 | Levence Simpson Arrested with heroin | 2.7 heroin | 2.7 Kg |
|---|---|---|---|---|
| TOTAL MARIJUANA EQUIVALENT | | | | 10,630.95 Kg |

The defendant sold 12,318.95 Kilograms of marijuana equivalent. When a defendant has at least 10,000. but less than 30,000 kilogram of marijuana, the base offense level is 36. U.S.S.G. § 2D1.1. However, the defendant was convicted under 21 U.S.C. § 841(b)(1)(A)

Exhibit "C" C-1

-14-

Re: SIMPSON, Sammie J. Jr.

amounts to package it. They also used Burke Meanus' house, or Ella Donaldson's home.

31. During the summer of 2000, Sammie Simpson and Jerry McGinnis brought three ounces of crack to Daniel Parker (85 grams) for eight weeks from June through July 2000; Sammie Simpson and Jerry McGinnis brought a total of 95 grams of heroin from July through August 2000.

32. Nikki Whitby primarily purchased heroin from Daniel Parker. She bought heroin from Levence Simpson 20 percent of the time. Between January and November 2000, she purchased once or twice a week buying nine or ten dime bags each time from Levence for a total of 8 or 9 grams of heroin. From the summer of 1999 until November of 2000, Levence sold out of the Julian Hotel in Peoria, Illinois. During this time period once or twice a week, she purchased an eighth ounce (3.54 grams) of crack cocaine from Levence for a total of 150 grams of crack.

33. In May 2000, Levence introduced Nikki Whitby to Sammie Simpson Jr. While staying at the Julian Hotel in room 114, she ran into Sammie. He was bagging heroin in the room, and she saw a "brick" of hard powder heroin on the dresser. Sammie provided her with one gram of the heroin. She gave him $20, and he fronted her the rest.

34. On November 18, 2000, the defendant was in an alley on Lincoln Street in Peoria, Illinois, when he was spotted by a Peoria Police officer. The defendant attempted to flee the area when he saw the officers, so the officers chased the defendant on foot. As the defendant was running, he pulled an orange pill bottle from his pocket. He turned around suddenly and was tackled by another officer. This caused the defendant to drop the pill bottle.

35. The bottle was recovered and found to contain 17 plastic baggies of cocaine base (crack) and 97 small squares of aluminum foil each containing heroin. The drugs were sent to the Illinois State Police Laboratory, and the results revealed a weight of 3.5 grams of cocaine base and 2.7 grams of heroin.

36. At trial, the defendant was found guilty of conspiracy to distribute cocaine base and heroin. As multiple drugs were involved, each was converted to it's marijuana equivalent. Accordingly, the defendant is responsible for ~~12,318.95~~ 10,630 kilograms of marijuana equivalent.

**Victim Impact**

37. There is no identifiable victim in this case.

9

Exhibit "D" D-1

Re: SIMPSON, Sammie J. Jr.

### Adjustment for Obstruction of Justice

38. There is no evidence to indicate that the defendant obstructed, impeded, or attempted to obstruct or impede, the administration of justice during the investigation, prosecution, or sentencing of the instant offense.

### Adjustment for Acceptance of Responsibility

39. The defendant has not accepted responsibility for this offense. In August 2001, he told FBI Special Agent Getz "I was never a drug dealer, just messed-up and got involved in it." During the presentence interview, the defendant stated that he was not guilty of the offense and repeated, "I have never been a drug dealer."

### Offense Level Computation

40. The November 1, 2001, edition of the United States Sentencing Guidelines Manual has been used to compute the defendant's sentencing guidelines, because there are no ex post facto issues.

### Count One - Conspiracy to Distribute Cocaine Base and Heroin

41. **Base Offense Level:** The guideline for this offense is found in U.S.S.G. § 2D1.1. The defendant sold both crack cocaine and heroin. U.S.S.G. § 2D1.1, comment.(n.10) states that the offense level is obtained by combining differing controlled substances and converting each drug to its marijuana equivalent. The table below represents the conversion.

| Paragraph | Date | Event | Drug | THC Eqv. |
|---|---|---|---|---|
| 14 | Jan to Aug 1999 | Levence Simpson and Brett Brown make trips to Chicago, IL; ten g heroin a month | 60 g heroin | 80 kg |

10

Exhibit "F" F-1

Re: SIMPSON, Sammie J. Jr.

| | | | | |
|---|---|---|---|---|
| 15 | Aug to Dec 1999 | Levence Simpson obtains 20 g heroin every ten days | 300 g heroin | 300 kg |
| 17 | Aug 1998 to Aug 1999 | Wise bought one-fourth g heroin from Levence Simpson | 91.25 g heroin | 91.25 kg |
| 17 | Aug 1998 to Oct 2000 | Wise bought one-fourth g heroin from Sammie Simpson Jr. 20 times | Five g heroin | Five kg |
| 18 | Sep 1999 to Oct 1999 | Wise bought one g heroin a day from Jerry McGinnis for a week | Five g heroin | Five kg |
| 19 | Late 1997 | Grayson saw Levence Simpson cook crack cocaine on four occasions | 113.4 g crack cocaine | 2,268 kg |
| 20 | Late 1998 to Nov 1999 | Grayson sold eight bags of heroin brought by Sammie Simpson Jr. and Jerry McGinnis for Levence Simpson for eight months | 2,048 g heroin | 2,048 kg |

11

Exhibit "G" G-1

Re: SIMPSON, Sammie J. Jr.

| 24 | Nov 1999 | William Gilmore dies of overdose | One gram heroin | One kg |
|---|---|---|---|---|
| 25 | Summer 1999 | Eddie Jackson bought four g heroin from Levence Simpson | Four g heroin | Four kg |
| 25 | Nov 1999 to Apr 2000 | Eddie Jackson bought ten g heroin ten times and 20 g once | 110 g heroin | 110 kg |
| 26 | Summer 1999 to May 2000 | Burke Meanus bought 20 g heroin five times from Sammie Simpson and six g from Levence Simpson | 106 g heroin | 106 kg |
| 27 | June 1999 to May 2000 | Deliveries by Jerry McGinnis and Sammie Simpson to Levence Simpson and other dealers | 726 g heroin | 726 kg |
| 29 | Early 2000 | Sammie Simpson Jr. and Jerry McGinnis brought heroin to Daniel Parker | Ten g heroin | 10 kg |

12

Exhibit "H" H-1

Re: SIMPSON, Sammie J. Jr.

| 31 | Summer 2000 | Sammie Simpson Jr. and Jerry McGinnis brought crack to Daniel Parker | 85 g crack cocaine | 1700 kg |
|---|---|---|---|---|
| 31 | Summer 2000 | Sammie Simpson Jr. and Jerry McGinnis brought heroin to Daniel Parker | 95 g heroin | 95 kg |
| 32 | January 2000 to November 2000 | Nikki Whitby bought heroin from Levence Simpson | 8 g heroin | 8 kg |
| 32 | Summer 1999 to November 2000 | Nikki Whitby bought crack cocaine from Levence Simpson | 150 g crack cocaine | 3000 kg |
| 33 | May 2000 | Sammie Simpson Jr. fronted Nikki Whitby heroin | One g heroin | One kg |
| 35 | November 2000 | Levence Simpson arrested with crack cocaine | 3.5 g crack cocaine | 70 kg |

Exhibit "I" I-1