E-FILED
Wednesday, 25 May, 2005 03:26:07 PM
Clerk, U.S. District Court, ILCD

May 17, 2005

**FILED**

MAY 2 5 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Hon. Judge Joe Billy McDade
United States District Court
United States Courthouse
100 NE Monroe Street
Peeria, Illinois 61602

Sammie J. Simpson v. United States of America
Case No. 1:05-cv-1010

Dear Judge McDade:

On or about May 14, 2005, this Court received an incorrect copy of Petitioner's reply to the Government's response to petitioner's 2255 motion. **"The Copy Received Was Sent in Error."** Through and oversight the draft copy of petitioner's reply not a finished copy was accidently sent to the Court.

Inadvertently, the error occurred during mailing and was not discovered until days later. As soon as the error was discovered, a correct and finished copy was immediately forwarded to this Court, which the Court should now be in receipt of.

The Petitioner's declare and wherefore aver that the misfilling was not intended to interrupt or cause delay.

That this Petitioner request that this court disregard in incorrect filing and allow petitioner to file the corrected copy already received by the Court, and for such and other relief as this Court may deem just and proper.

Respectfully submitted,

*[signature]*
Petitioner, Sammie J. Simpson Jr.

I, SAMMIE J. SIMPSON JR., swear under the penalty of perjury that the content of this letter is true and correct to the best of my knowledge and belief.

*[signature]*
Affiant, Sammie J. Simpson Jr.