C/O Honorable Judge
Joe Billy McDade
Federal Building
100 N.E. Monroe
Peoria ILL. 61602

**FILED**
AUG - 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**E-FILED**
Monday, 01 August, 2005 12:57:42 PM
Clerk, U.S. District Court, ILCD

05-1010

Dear, Mr. Honorable Judge Joe Billy McDade, first and foremost I would like to thank you ! for taking the time to look into my case, please understand that I am pro se and cannot meet the standards of a effective attorney, but however I am trying my best as far as litigation is concerned, even though I have to attend my colledge courses in computer classes and work in Unicore everyday to survive, however my schedule is limited as far as research goes, I only have a few hours a day in the library to prepare myself for this hearing, and I have constantly been trying to get in touch with Mr. Gerald W Brady, Jr. but I am having difficulty doing so because I get off work at 3:30 and all alternatives to call Mr. Gerald Brady Jr. are limited because the Administration ( Unit Manager ) would not allow for me to call Mr. Gerald Brady Jr. even though I have pleaded several times to do so, and now my only other alternative is to find someone to try to contact him, and however Mr.McDade I will need you to make an Order allowing me to bring my legal research and documentation along with me to these proceedings.

Thank You Very Much !

*[signature]*

Respectfully Submitted

Date 7-28-05