**E-FILED**
Monday, 14 January, 2008 02:24:56 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS




PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Sammie J. Simpson, Jr.**

vs.

Case Number: **05-1010**

**United States of America**

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Petitioner's Motion to Vacate, Set Aside, Or Correct Sentence pursuant to 28 USC Section 2255 is here by DENIED. Case terminated.

ENTER this 14th day of January, 2008

PAMELA E. ROBINSON, CLERK

s/R. Knox
BY: DEPUTY CLERK

05-1010