

E-FILED
Friday, 22 February, 2008 11:54:43 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

SAMMIE J. SIMPSON JR.,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

No. 1:05-cv-01010

Judge Joe Billy Mc Dadae

## NOTICE OF APPEAL

Notice is hereby given that **SAMMIE J. SIMPSON JR.**, petitioner inthe above named case, bereby appeal to the United States Court of Appeals for the Seventh Circuit from an Order denying Petitioner's § 2255 Motion entered in this action on the 11 day of January, 2008.

 

_____
Sammie J. Simpson Jr., Pro se
Reg. No. 20507-424
Greenville Correctional Institution
100 Route 40 and 4th Street
P. O. Box 5000
Greenville, Illinois 62246

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

SAMMIE J. SIMPSON JR.,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

No. 1:05-cv-01010

Judge Joe Billy McDade

## NOTICE OF FILING

TO:  United States Attorney
     United States Attorney's Office
     Peoria, Illinois 63104

    PLEASE TAKE NOTICE tht I have caused to be filed with the Clerk of the United states District Court for the Central District of Illinois, Peoria, Illinois tha attached **NOTICE OF APPEAL,** a copy of which is hereby service upon you.

                            Respectfully submitted,

                            */s/ Sammie J. Simpson*
                            Sammie J. Simpson Jr., Pro Se
                            Reg. No. 20507-424
                            Greenville Correctional Institution
                            100 Route 40 & 4th Street
                            P. O. Box 5000
                            Greenville, Illinois 62246

## CERTIFICATE OF SERVICE

    I, SAMMIE J. SIMPSON JR., certify that I cause the above NOTICE OF APPEAL to be service on all partie[s] by placing same in a prepaid postage envelope adrressed to the partie[s] on the 9 day of February, 2008, pursuat to **Houston v. Lack,** 487 U.S. 266 (1988).

                            */s/ Sammie J. Simpson*
                            Sammie J. Simpson Jr., Affiant

**SUBSCRIBED AND SWORN TO ON
THIS 9th day of FEBRUARY, 2008.**

---

    **Notary   Public**