1:05-cv-01010-JBM     # 24     Page 1 of 1                                                                            E-FILED
                                                                                        Friday, 22 February, 2008  12:05:03 PM
                                                                                               Clerk, U.S. District Court, ILCD

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central                                                    Docket No.: 05-1010

Division: Peoria

### Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)

Sammie J. Simpson, Jr.                          v.       USA

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Sammie J. Simpson, Jr.                    Name: Bradley W. Murphy

Firm: GREENVILLE                                Firm: U.S. Attorney

Address: P.O. Box 5000                          Address: 211 Fulton St., Ste. 400

Greenville, IL 62246                            Peoria, Il 61602

Phone: 618-664-6200                             Phone: 309-671-7050

---

Judge: Joe B. McDade                            Nature of Suit Code:  510

Court Reporter: N. Mersot                       Date Filed in District Court:  1/13/05

                                                Date of Judgment: 1/14/08

                                                Date of Notice of Appeal: 2/22/08

Counsel:   ___Appointed       ___Retained    _X_Pro Se

Fee Status:   ___Paid     _X__Due      ___IFP       ___IFP Pending     ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes       _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _20507-424_

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**