## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF ISSUANCE OF MANDATE

April 11, 2008

To:   Pamela Robinson
      UNITED STATES DISTRICT COURT
      Central District of Illinois
      Peoria 61602-0000

| No.: 08-1640 | SAMMIE J. SIMPSON,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellee |
|---|---|

| Originating Case Information: |
|---|
| District Court No: 1:05-cv-01010-JBM<br>Central District of Illinois<br>Court Reporter Nancy Mersot<br>District Judge Joe McDade<br>Clerk/Agency Rep Pamela Robinson |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| CHOOSE THE TYPE OF DISMISSAL BELOW: | Circuit Rule 3(b) |
| WHAT IS THE STATUS OF THE RECORD? CHOOSE ONE OF THE FOLLOWING: | no record to be returned |

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                              **Received by:**

_____          _____

form name: **c7_Mandate**

form ID: **135**