E-FILED
Thursday, 17 April, 2008 10:59:41 AM
Clerk, U.S. District Court, ILCD

FILED
APR 17 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

_Samuel J. Simpson Jr._ ) Appeal from the United States District Court for the
) _Central_ District of _Illinois_
v.   Case No. _05-cv-1010_ )
) District Court No. _____
) District Court Judge _Joe Billy McDade_
_United States of America_ )

05-1010

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: _Samuel Simpson_

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: _3-19-08_

**My issues on appeal are:**



1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ | $ |
| Self-employment | $ 0 | $ 0 | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ | $ |
| Interest and dividends | $ 0 | $ 0 | $ | $ |
| Gifts | $ 0 | $ 0 | $ | $ |
| Alimony | $ 0 | $ 0 | $ | $ |
| Child support | $ 0 | $ 0 | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ | $ |
| Unemployment payments | $ 0 | $ 0 | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ | $ |
| Other (specify):_____ | $ 0 | $ 0 | $ | $ |
| **Total monthly income:** | $ 0 | $ 0 | $ | $ |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| unemployed | | | |
| " | | | |
| " | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| unemployed | | | |
| " " | | | |
| " " | | | |

4. How much cash do you and your spouse have? $ _____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| unemployed | | | |
| " " | | | |
| " " | | | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| none | | Make & year: _____ |
| " | | Model: _____ |
| " | | Registration # _____ |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: none | | |
| Model: " | | |
| Registration # " | | |

2

**6. State every person, business, or organization owing you or your spouse money, and the amount owed.**

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None N/A | | |
| " " | | |
| " " | | |

**7. State the persons who rely on you or your spouse for support.**

| Name | Relationship | Age |
|---|---|---|
| No one | | |
| " " | | |
| " " | | |

**8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.**

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ N/A | $ N/A |
| Are real estate taxes included? [ ] Yes [ ] No | | |
| Is property insurance included? [ ] Yes [ ] No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ — |
| Transportation (not including motor vehicle expenses | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 0 | $ 0 |

3

| | | |
|---|---|---|
| Life | $ N/A | $ _____ |
| Health | $ N/A | $ _____ |
| Motor vehicle | $ N/A | $ _____ |
| Other: _____ | $ N/A | $ _____ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ N/A | $ _____ |
| Installment payments | $ N/A | $ _____ |
| Motor Vehicle | $ N/A | $ _____ |
| Credit card (name): _____ | $ N/A | $ _____ |
| Department store (name): _____ | $ N/A | $ _____ |
| Other: _____ | $ N/A | $ _____ |
| Alimony, maintenance, and support paid to others | $ N/A | $ _____ |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ N/A | $ _____ |
| Other (specify): _____ | $ N/A | $ _____ |
| Total monthly expenses: | $ N/A | $ _____ |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [X] No  If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

**11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No   If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

**12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**

N/A

**13. State the address of your legal residence.**

N/A

_____

Your daytime phone number: (___) N/A

Your age: 49   Your years of schooling: High GED

Your social-security number: 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

STATE OF ILLINOIS )
                  ) SS
COUNTY OF B O N D )

## AFFIDAVIT OF SAMMIE J. SIMPSON, JR.

I, SAMMIE J. SIMPSON, JR., being first duly sworn upon oath deposes and says:

1. That I am the Petitioner in the attached Motion for reconsideration of Petitioner's §2255 Petition, and that I am not represented by counsel.

2. That the content of the this affidavit and the Section 2255 Motion is true and correct in both substance and form to the best of my knowledge and recollection.

3. That this action is not frivolous and have merit and petitioner is entitled torelief.

FURTHER AFFIANT SAYETH NOT

_____
Sammie J. Simpson, Affiant


SUBSCRIBED and SWORN to before me
this 15, day of aoog, 2000

_____
        Notary Public

# Deposits

| | | | |
|---|---|---|---|
| Inmate Reg #: | 20507424 | Current Institution: | Greenville FCI |
| Inmate Name: | SIMPSON, SAMMIE | Housing Unit: | GRE-C-B |
| Report Date: | 03/28/2008 | Living Quarters: | C07-204L |
| Report Time: | 8:28:17 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 3/27/2008 4:06:28 PM | Western Union | $100.00 | 33312908 | | $202.65 |
| 3/24/2008 9:56:20 PM | Phone Withdrawal | ($5.00) | TFN0324 | | $102.65 |
| 3/24/2008 2:51:25 PM | Phone Rev With Admin | $50.20 | HJV0056 | | $107.65 |
| 3/20/2008 11:18:18 AM | Sales | ($19.70) | 36 | | $57.45 |
| 3/20/2008 9:49:24 AM | Inmate Co-pay | ($2.00) | HICP0308 | | $77.15 |
| 3/15/2008 8:28:03 PM | Phone Withdrawal | ($66.00) | TFN0315 | | $79.15 |
| 3/12/2008 8:13:48 PM | Phone Withdrawal | ($3.00) | TFN0312 | | $145.15 |
| 3/12/2008 5:21:15 PM | Sales | ($8.20) | 75 | | $148.15 |
| 3/12/2008 5:19:25 PM | Sales | ($87.95) | 74 | | $156.35 |
| 3/11/2008 9:53:10 PM | Phone Withdrawal | ($3.00) | TFN0311 | | $244.30 |
| 3/10/2008 11:31:18 AM | Sales | ($4.40) | 41 | | $247.30 |
| 3/9/2008 9:50:09 PM | Phone Withdrawal | ($5.00) | TFN0309 | | $251.70 |
| 3/8/2008 8:00:03 PM | Phone Withdrawal | ($6.00) | TFN0308 | | $256.70 |
| 3/8/2008 10:27:33 AM | Phone Withdrawal | ($3.00) | TFN0308 | | $262.70 |
| 3/7/2008 8:41:29 AM | Payroll - UNICOR | $157.74 | HIS2025 | | $265.70 |
| 3/5/2008 5:44:58 PM | Sales | ($41.90) | 79 | | $107.96 |
| 3/3/2008 8:39:32 PM | Phone Withdrawal | ($5.00) | TFN0303 | | $149.86 |
| 3/3/2008 5:33:28 PM | Sales | $0.00 | 88 | | $154.86 |
| 3/1/2008 8:55:40 PM | Phone Withdrawal | ($4.00) | TFN0301 | | $154.86 |
| 2/29/2008 9:51:40 PM | Phone Withdrawal | ($3.00) | TFN0229 | | $158.86 |
| 2/29/2008 5:11:13 AM | Lockbox - CD | $100.00 | 70102901 | | $161.86 |
| 2/28/2008 9:07:08 PM | Phone Withdrawal | ($3.00) | TFN0228 | | $61.86 |
| 2/28/2008 5:29:26 PM | Sales | ($43.30) | 32 | | $64.86 |
| 2/26/2008 9:05:16 AM | Bills | ($150.00) | | 1579 | $108.16 |
| 2/25/2008 11:44:23 AM | Phone Withdrawal | ($6.00) | TFN0225 | | $258.16 |
| 2/24/2008 4:32:25 PM | Phone Withdrawal | ($5.00) | TFN0224 | | $264.16 |
| 2/23/2008 8:57:23 PM | Phone Withdrawal | ($5.00) | TFN0223 | | $269.16 |
| 2/22/2008 11:18:49 AM | Sales | ($83.55) | 30 | | $274.16 |
| 2/21/2008 9:31:10 PM | Phone Withdrawal | ($3.00) | TFN0221 | | $357.71 |
| 2/18/2008 3:05:13 PM | Phone Withdrawal | ($3.00) | TFN0218 | | $360.71 |
| 2/17/2008 9:36:15 PM | Phone Withdrawal | ($4.00) | TFN0217 | | $363.71 |
| 2/14/2008 9:45:03 PM | Phone Withdrawal | ($4.00) | TFN0214 | | $367.71 |
| 2/14/2008 11:01:13 AM | Phone Withdrawal | ($4.00) | TFN0214 | | $371.71 |
| 2/13/2008 4:24:55 PM | Phone Withdrawal | ($2.00) | TFN0213 | | $375.71 |
| 2/11/2008 11:21:27 AM | Sales | ($54.00) | 40 | | $377.71 |
| 2/10/2008 8:53:32 PM | Phone Withdrawal | ($4.00) | TFN0210 | | $431.71 |
| 2/10/2008 6:36:22 PM | Phone Withdrawal | ($6.00) | TFN0210 | | $435.71 |
| 2/9/2008 12:55:34 PM | Phone Withdrawal | ($6.00) | TFN0209 | | $441.71 |
| 2/8/2008 8:17:22 PM | Phone Withdrawal | ($4.00) | TFN0208 | | $447.71 |
| 2/8/2008 9:36:57 AM | Payroll - UNICOR | $255.30 | HIS2018 | | $451.71 |
| 2/7/2008 9:34:06 PM | Phone Withdrawal | ($3.00) | TFN0207 | | $196.41 |
| 2/5/2008 6:41:28 AM | Phone Withdrawal | ($3.00) | TFN0205 | | $199.41 |
| 2/4/2008 8:26:14 PM | Phone Withdrawal | ($3.00) | TFN0204 | | $202.41 |
| 2/4/2008 5:21:38 PM | Sales | ($7.50) | 76 | | $205.41 |
| 2/4/2008 5:20:15 PM | Sales | ($52.30) | 75 | | $212.91 |
| 2/3/2008 1:44:13 PM | Phone Withdrawal | ($3.00) | TFN0203 | | $265.21 |
| 2/2/2008 6:04:51 AM | Western Union | $100.00 | 33309008 | | $268.21 |
| 1/30/2008 9:53:18 PM | Phone Withdrawal | ($5.00) | TFN0130 | | $168.21 |
| 1/29/2008 5:17:01 PM | Sales | ($93.20) | 7 | | $173.21 |
| 1/28/2008 6:14:13 PM | Phone Withdrawal | ($5.00) | TFN0128 | | $266.41 |

1 2 3 4 5

## All Transactions



| Inmate Reg #: | 20507424 | Current Institution: | Greenville FCI |
| Inmate Name: | SIMPSON, SAMMIE | Housing Unit: | GRF-C-B |
| Report Date: | 03/28/2008 | Living Quarters: | C07-204L |
| Report Time: | 8:28:25 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 1/28/2008 10:44:08 AM | Outside Savings | $6.00 | 121-C | | $271.41 |
| 1/27/2008 8:59:29 PM | Phone Withdrawal | ($3.00) | TFN0127 | | $265.41 |
| 1/25/2008 9:41:06 PM | Phone Withdrawal | ($3.00) | TFN0125 | | $268.41 |
| 1/24/2008 8:39:48 PM | Phone Withdrawal | ($3.00) | TFN0124 | | $271.41 |
| 1/23/2008 11:15:06 AM | Sales | ($111.65) | 45 | | $274.41 |
| 1/23/2008 11:15:06 AM | SPO - Released | $38.85 | 598 | | |
| 1/21/2008 4:45:44 PM | Phone Withdrawal | ($3.00) | TFN0121 | | $386.06 |
| 1/19/2008 5:11:03 AM | Lockbox - CD | $50.00 | 70100201 | | $389.06 |
| 1/16/2008 5:22:03 PM | Sales | $0.00 | 80 | | $339.06 |
| 1/16/2008 5:09:50 PM | Sales | ($57.80) | 72 | | $339.06 |
| 1/14/2008 8:21:58 AM | Bills | ($150.00) | | 1184 | $396.86 |
| 1/14/2008 8:21:20 AM | Bills | ($200.00) | | 1183 | $546.86 |
| 1/12/2008 9:47:52 PM | Phone Withdrawal | ($5.00) | TFN0112 | | $746.86 |
| 1/11/2008 9:39:02 PM | Phone Withdrawal | ($3.00) | TFN0111 | | $751.86 |
| 1/9/2008 10:51:56 AM | Sales | ($2.05) | 36 | | $754.86 |
| 1/9/2008 10:50:28 AM | Sales | ($4.30) | 34 | | $756.91 |
| 1/9/2008 10:49:00 AM | Sales | ($72.57) | 33 | | $761.21 |
| 1/6/2008 3:27:31 PM | Phone Withdrawal | ($3.00) | TFN0106 | | $833.78 |
| 1/6/2008 2:25:08 PM | Phone Withdrawal | ($5.00) | TFN0106 | | $836.78 |
| 1/4/2008 2:20:55 PM | Payroll - UNICOR | $509.01 | HIS2016 | | $841.78 |
| 1/3/2008 3:37:59 PM | Phone Withdrawal | ($3.00) | TFN0103 | | $332.77 |
| 1/3/2008 11:50:54 AM | Sales | ($76.50) | 87 | | $335.77 |
| 1/2/2008 2:44:43 PM | SPO | ($38.85) | 598 | | |
| 1/2/2008 12:08:55 PM | Western Union | $80.00 | 33306808 | | $412.27 |
| 1/1/2008 6:15:29 PM | Phone Withdrawal | ($3.00) | TFN0101 | | $332.27 |
| 1/1/2008 12:09:18 PM | Phone Withdrawal | ($2.00) | TFN0101 | | $335.27 |
| 12/31/2007 7:26:13 PM | Phone Withdrawal | ($5.00) | TFN1231 | | $337.27 |
| 12/27/2007 9:47:02 PM | Phone Withdrawal | ($2.00) | TFN1227 | | $342.27 |
| 12/27/2007 8:24:47 PM | Phone Withdrawal | ($3.00) | TFN1227 | | $344.27 |
| 12/27/2007 11:01:36 AM | Sales | ($23.10) | 75 | | $347.27 |
| 12/27/2007 11:00:02 AM | Sales | ($86.67) | 74 | | $370.37 |
| 12/26/2007 9:49:15 PM | Phone Withdrawal | ($3.00) | TFN1226 | | $457.04 |
| 12/25/2007 6:24:16 PM | Phone Withdrawal | ($3.00) | TFN1225 | | $460.04 |
| 12/24/2007 6:09:49 PM | Phone Withdrawal | ($6.00) | TFN1224 | | $463.04 |
| 12/24/2007 4:24:39 PM | Phone Withdrawal | ($3.00) | TFN1224 | | $469.04 |
| 12/22/2007 4:25:49 PM | Phone Withdrawal | ($3.00) | TFN1222 | | $472.04 |
| 12/21/2007 8:53:13 PM | Phone Withdrawal | ($5.00) | TFN1221 | | $475.04 |
| 12/20/2007 5:11:30 AM | Lockbox - CD | $50.00 | 70198101 | | $480.04 |
| 12/19/2007 6:09:43 PM | Phone Withdrawal | ($3.00) | TFN1219 | | $430.04 |
| 12/18/2007 10:59:07 AM | Sales | ($7.50) | 31 | | $433.04 |
| 12/16/2007 8:13:17 PM | Phone Withdrawal | ($6.00) | TFN1216 | | $440.54 |
| 12/13/2007 11:19:33 AM | Phone Withdrawal | ($3.00) | TFN1213 | | $446.54 |
| 12/12/2007 8:59:29 PM | Phone Withdrawal | ($3.00) | TFN1212 | | $449.54 |
| 12/10/2007 11:20:31 AM | Sales | ($72.06) | 50 | | $452.54 |
| 12/9/2007 8:04:11 PM | Phone Withdrawal | ($4.00) | TFN1209 | | $524.60 |
| 12/8/2007 8:34:52 PM | Phone Withdrawal | ($3.00) | TFN1208 | | $528.60 |
| 12/7/2007 7:32:04 PM | Phone Withdrawal | ($3.00) | TFN1207 | | $531.60 |
| 12/7/2007 7:52:55 AM | Payroll - UNICOR | $479.31 | HIS2013 | | $534.60 |
| 12/5/2007 9:51:43 PM | Phone Withdrawal | ($3.00) | TFN1205 | | $55.29 |
| 12/4/2007 6:22:32 PM | Phone Withdrawal | ($6.00) | TFN1204 | | $58.29 |

1 2 3 4 5

## All Transactions



| Inmate Reg #: | 20507424 | Current Institution: | Greenville FCI |
| Inmate Name: | SIMPSON, SAMMIE | Housing Unit: | GRE-C-B |
| Report Date: | 03/28/2008 | Living Quarters: | C07-204L |
| Report Time: | 8:28:36 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 12/4/2007 5:29:36 PM | Sales | ($3.80) | 79 | | $64.29 |
| 12/4/2007 5:27:33 PM | Sales | ($91.11) | 78 | | $68.09 |
| 12/4/2007 5:27:33 PM | SPO - Released | $43.35 | 319 | | |
| 12/2/2007 7:33:58 PM | Phone Withdrawal | ($2.00) | TFN1202 | | $159.20 |
| 12/2/2007 3:37:37 PM | Phone Withdrawal | ($2.00) | TFN1202 | | $161.20 |
| 12/1/2007 9:30:41 PM | Phone Withdrawal | ($3.00) | TFN1201 | | $163.20 |
| 11/30/2007 8:14:44 PM | Phone Withdrawal | ($5.00) | TFN1130 | | $166.20 |
| 11/27/2007 9:18:04 PM | Phone Withdrawal | ($3.00) | TFN1127 | | $171.20 |
| 11/27/2007 11:07:33 AM | Sales | ($124.37) | 33 | | $174.20 |
| 11/27/2007 5:09:48 AM | Lockbox - CD | $50.00 | 70196401 | | $298.57 |
| 11/26/2007 9:05:58 PM | Phone Withdrawal | ($2.00) | TFN1126 | | $248.57 |
| 11/25/2007 8:59:03 PM | Phone Withdrawal | ($4.00) | TFN1125 | | $250.57 |
| 11/24/2007 9:25:03 PM | Phone Withdrawal | ($5.00) | TFN1124 | | $254.57 |
| 11/23/2007 12:31:24 PM | Phone Withdrawal | ($2.00) | TFN1123 | | $259.57 |
| 11/22/2007 7:21:43 PM | Phone Withdrawal | ($5.00) | TFN1122 | | $261.57 |
| 11/20/2007 5:29:15 PM | Sales | $0.00 | 86 | | $266.57 |
| 11/20/2007 5:22:51 AM | Bills | ($150.00) | | 614 | $266.57 |
| 11/20/2007 5:22:37 AM | Gift | ($150.00) | | 613 | $416.57 |
| 11/18/2007 9:18:32 PM | Phone Withdrawal | ($2.00) | TFN1118 | | $566.57 |
| 11/18/2007 7:08:31 PM | Phone Withdrawal | ($5.00) | TFN1118 | | $568.57 |
| 11/14/2007 11:20:18 AM | Sales | $1.30 | 58 | | $573.57 |
| 11/14/2007 11:14:23 AM | Sales | ($52.71) | 54 | | $572.27 |
| 11/13/2007 9:55:37 PM | Phone Withdrawal | ($4.00) | TFN1113 | | $624.98 |
| 11/12/2007 7:08:26 PM | Phone Withdrawal | ($3.00) | TFN1112 | | $628.98 |
| 11/10/2007 8:00:16 PM | Phone Withdrawal | ($4.00) | TFN1110 | | $631.98 |
| 11/8/2007 9:34:24 PM | Phone Withdrawal | ($3.00) | TFN1108 | | $635.98 |
| 11/8/2007 1:28:50 PM | SPO | ($43.35) | 319 | | |
| 11/8/2007 11:13:47 AM | Sales | ($71.46) | 50 | | $638.98 |
| 11/3/2007 9:16:08 PM | Phone Withdrawal | ($3.00) | TFN1103 | | $710.44 |
| 11/3/2007 8:36:51 PM | Phone Withdrawal | ($3.00) | TFN1103 | | $713.44 |
| 11/3/2007 8:08:39 PM | Western Union | $80.00 | 33302508 | | $716.44 |
| 11/2/2007 9:38:50 PM | Phone Withdrawal | ($5.00) | TFN1102 | | $636.44 |
| 11/2/2007 2:30:18 PM | Payroll - UNICOR | $580.24 | HIS2001 | | $641.44 |
| 11/1/2007 10:56:28 AM | Sales | ($60.85) | 24 | | $61.20 |
| 10/30/2007 9:05:15 PM | Phone Withdrawal | ($3.00) | TFN1030 | | $122.05 |
| 10/25/2007 9:30:16 PM | Phone Withdrawal | ($5.00) | TFN1025 | | $125.05 |
| 10/22/2007 9:52:00 PM | Phone Withdrawal | ($5.00) | TFN1022 | | $130.05 |
| 10/22/2007 10:55:53 AM | Sales | ($8.60) | 24 | | $135.05 |
| 10/22/2007 10:52:19 AM | Sales | ($111.05) | 23 | | $143.65 |
| 10/19/2007 8:17:50 PM | Phone Withdrawal | ($3.00) | TFN1019 | | $254.70 |
| 10/18/2007 6:37:40 AM | Phone Withdrawal | ($3.00) | TFN1018 | | $257.70 |
| 10/17/2007 8:30:15 PM | Phone Withdrawal | ($3.00) | TFN1017 | | $260.70 |
| 10/16/2007 10:00:13 PM | Phone Withdrawal | ($3.00) | TFN1016 | | $263.70 |
| 10/16/2007 9:37:25 AM | Inst Phone Chg-FTS | ($3.00) | HJV0003 | | $266.70 |
| 10/15/2007 2:44:37 PM | Child Support | ($150.00) | | 272 | $269.70 |
| 10/15/2007 11:07:42 AM | Sales | ($70.70) | 34 | | $419.70 |
| 10/14/2007 9:44:42 PM | Phone Withdrawal | ($3.00) | TFN1014 | | $490.40 |
| 10/14/2007 7:57:52 PM | Phone Withdrawal | ($5.00) | TFN1014 | | $493.40 |
| 10/11/2007 7:02:43 AM | Phone Withdrawal | ($3.00) | TFN1011 | | $498.40 |
| 10/10/2007 8:26:25 PM | Phone Withdrawal | ($3.00) | TFN1010 | | $501.40 |

1 2 3 4 5

## All Transactions

| | | |
|---|---|---|
| Inmate Reg #: | 20507424 | Current Institution: Greenville FCI |
| Inmate Name: | SIMPSON, SAMMIE | Housing Unit: GRE-C-B |
| Report Date: | 03/28/2008 | Living Quarters: C07-204L |
| Report Time: | 8:28:47 PM | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/9/2007 11:39:39 AM | Sales | ($145.33) | 50 | | $504.40 |
| 10/7/2007 9:35:45 PM | Phone Withdrawal | ($4.00) | TFN1007 | | $649.73 |
| 10/6/2007 9:32:32 PM | Phone Withdrawal | ($3.00) | TFN1006 | | $653.73 |
| 10/5/2007 8:44:08 PM | Phone Withdrawal | ($3.00) | TFN1005 | | $656.73 |
| 10/5/2007 8:17:45 AM | Payroll - UNICOR | $442.09 | HIS2006 | | $659.73 |
| 10/4/2007 9:31:45 PM | Phone Withdrawal | ($3.00) | TFN1004 | | $217.64 |
| 10/4/2007 7:48:33 PM | Phone Withdrawal | ($5.00) | TFN1004 | | $220.64 |
| 10/3/2007 4:09:08 PM | Western Union | $75.00 | 33300308 | | $225.64 |
| 10/2/2007 9:41:09 PM | Phone Withdrawal | ($6.00) | TFN1002 | | $150.64 |
| 10/2/2007 11:12:40 AM | Sales | ($78.86) | 47 | | $156.64 |
| 10/1/2007 8:35:40 PM | Phone Withdrawal | ($3.00) | TFN1001 | | $235.50 |
| 9/27/2007 5:06:34 AM | Lockbox - CD | $50.00 | 70192401 | | $238.50 |
| 9/25/2007 11:27:42 AM | Phone Withdrawal | ($2.00) | TFN0925 | | $188.50 |
| 9/23/2007 6:40:15 PM | Phone Withdrawal | ($5.00) | TFN0923 | | $190.50 |
| 9/22/2007 7:56:05 PM | Phone Withdrawal | ($5.00) | TFN0922 | | $195.50 |
| 9/20/2007 5:12:44 PM | Phone Withdrawal | ($3.00) | TFN0920 | | $200.50 |
| 9/20/2007 11:11:47 AM | Phone Withdrawal | ($3.00) | TFN0920 | | $203.50 |
| 9/19/2007 11:14:41 AM | Sales | ($44.75) | 41 | | $206.50 |
| 9/18/2007 9:42:35 PM | Phone Withdrawal | ($4.00) | TFN0918 | | $251.25 |
| 9/18/2007 7:48:03 PM | Phone Withdrawal | ($2.00) | TFN0918 | | $255.25 |
| 9/15/2007 8:26:09 PM | Phone Withdrawal | ($6.00) | TFN0915 | | $257.25 |
| 9/15/2007 6:06:03 PM | Western Union | $75.00 | 33325007 | | $263.25 |
| 9/13/2007 9:18:13 PM | Phone Withdrawal | ($5.00) | TFN0913 | | $188.25 |
| 9/12/2007 11:14:57 AM | Sales | ($60.05) | 41 | | $193.25 |
| 9/10/2007 9:37:20 PM | Phone Withdrawal | ($3.00) | TFN0910 | | $253.30 |
| 9/10/2007 7:04:56 PM | Phone Withdrawal | ($3.00) | TFN0910 | | $256.30 |
| 9/9/2007 9:26:38 PM | Phone Withdrawal | ($2.00) | TFN0909 | | $259.30 |
| 9/8/2007 5:44:30 PM | Phone Withdrawal | ($4.00) | TFN0908 | | $261.30 |
| 9/7/2007 9:59:01 AM | Payroll - UNICOR | $246.55 | GIS2052 | | $265.30 |
| 9/7/2007 7:21:03 AM | Phone Withdrawal | ($4.00) | TFN0907 | | $18.75 |
| 9/6/2007 6:55:00 PM | Phone Withdrawal | ($3.00) | TFN0906 | | $22.75 |
| 9/6/2007 11:00:24 AM | Sales | ($40.21) | 33 | | $25.75 |
| 9/6/2007 6:38:04 AM | Phone Withdrawal | ($3.00) | TFN0906 | | $65.96 |
| 9/5/2007 9:24:00 PM | Phone Withdrawal | ($2.00) | TFN0905 | | $68.96 |
| 9/4/2007 9:47:40 PM | Phone Withdrawal | ($2.00) | TFN0904 | | $70.96 |
| 9/2/2007 4:29:33 PM | Phone Withdrawal | ($8.00) | TFN0902 | | $72.96 |
| 9/1/2007 3:20:44 PM | Phone Withdrawal | ($2.00) | TFN0901 | | $80.96 |
| 8/30/2007 11:13:44 AM | Sales | ($2.46) | 40 | | $82.96 |
| 8/30/2007 11:11:07 AM | Sales | ($66.05) | 39 | | $85.42 |
| 8/23/2007 9:33:08 PM | Phone Withdrawal | ($4.00) | TFN0823 | | $151.47 |
| 8/22/2007 11:31:23 AM | Sales | ($60.10) | 32 | | $155.47 |
| 8/20/2007 9:23:00 PM | Phone Withdrawal | ($5.00) | TFN0820 | | $215.57 |
| 8/20/2007 11:28:53 AM | Sales | $0.00 | 27 | | $220.57 |
| 8/20/2007 11:21:40 AM | Sales | ($2.46) | 23 | | $220.57 |
| 8/19/2007 2:45:00 PM | Phone Withdrawal | ($4.00) | TFN0819 | | $223.03 |
| 8/18/2007 9:47:52 PM | Phone Withdrawal | ($2.00) | TFN0818 | | $227.03 |
| 8/18/2007 8:10:08 PM | Phone Withdrawal | ($2.00) | TFN0818 | | $229.03 |
| 8/17/2007 7:42:28 PM | Phone Withdrawal | ($4.00) | TFN0817 | | $231.03 |
| 8/16/2007 7:21:11 PM | Phone Withdrawal | ($3.00) | TFN0816 | | $235.03 |
| 8/16/2007 5:05:56 AM | Lockbox - CD | $50.00 | 70189501 | | $238.03 |

1 2 3 4 5

APRIL 14, 2008

OFFICE OF THE CLERK
United States Court of Appeals
For the Seventh Circuit
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604-1874

OFFICIAL BUSINESS

SAMMIE J SIMPSON V. UNITED STATES OF AMERICA

Case No. 08-1640

Dear Clerk:

On or about April 14, 2008, I have received a order from the court dismissing my case. I completed the Forma Pauperis Application on March 19, 2008 However I did not mail it because I was in Forma Pauperis in the district court.

I had to wait for a copy of my trust funds for the last of the six months before I could send this form into the court. Please reopen my case. the form of the Forma Pauperis Application is enclosed.

I have served by mail United States Attorney: Bradley W Murphy Assistance United States Attorney. Office of the United States Attorney 211 Fulton Street Suite 400 Peoria, Il 61602

Thank you very much.

Sammie J Simpson Jr

Fedaeral Correctional Institution
F.C.I. Greenville P.O. Box 5000
Greenville, Illinois 62246