## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF RECORD RETURN

April 18, 2008

**FILED**

APR 2 1 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To:   Pamela Robinson
      UNITED STATES DISTRICT COURT
      Central District of Illinois
      Peoria 61602-0000

| No.: 08-1640 | SAMMIE J. SIMPSON, Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA, Respondent - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 1:05-cv-01010-JBM
Central District of Illinois
Court Reporter Nancy Mersot
District Judge Joe McDade
Clerk/Agency Rep Pamela Robinson

The mandate or agency closing letter in this cause issued on [DATE MANDATE ISSUED]. Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:        Entire record returned consisting

of

Pleadings:                                              1

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date                                          **Received by:**

                                                            s/ K. Burns

**RECEIVED**
APR 2 1 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

form name: c7_Record_Return_toDC

form ID: 205