# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FILED**
MAY 1 2 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

A True Copy:
Teste:

_____
C_____ ___ __ United States
C_____ __ _peals for the
Se_____ Circuit.

**ORDER**

May 08, 2008

| No.: 08-1640 | SAMMIE J. SIMPSON,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellee |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 1:05-cv-01010-JBM<br>Central District of Illinois<br>District Judge Joe McDade |

*By the Court:*

The following is before the court: **MOTION TO RECALL THE MANDATE**, filed on April 30, 2008, by the pro se appellant.

A review of the district court docket reveals that the appellant filed a motion for leave to proceed in forma pauperis on appeal soon after the mandate had issued. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED**. The mandate in this appeal is **RECALLED** and the case is **REINSTATED**. The clerk of this court shall send a copy of this order to the district court so it may rule on the IFP motion filed on April 17, 2008.