E-FILED
Tuesday, 13 May, 2008  03:54:09 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| SAMMIE J. SIMPSON, Jr.,  )  <br> ) <br> Petitioner,  ) <br> ) <br> v.  ) <br> ) <br> UNITED STATES OF AMERICA,  ) <br> ) <br> Respondent.  ) | No. 05-1010 |

## OPINION AND ORDER

Before the Court is Petitioner's Motion for Leave to Appeal in forma pauperis [Doc. 28]. This Court has already denied Petitioner's "notice of appeal" which was construed as a Request for a Certificate of Appealability [Doc. 25]. In doing so, this Court noted that Petitioner must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). In this case, Petitioner has not made any showing that he has been denied a constitutional right. As a result, his request for a certificate of appealability was denied. See West v. Schneiter, 485 F.3d 393, 394-95 (7th Cir. 2007).

In Petitioner's current Motion, he again has failed to make any showing that he has been denied a constitutional right. Accordingly, his appeal is not taken in good faith, and his request to proceed *in forma pauperis* is DENIED.

IT IS THEREFORE ORDERED that Petitioner's Motion to Proceed *In Forma Pauperis* on Appeal is DENIED.

ENTERED this  13th  day of May, 2008.

s/ Joe Billy McDade
Joe Billy McDade
United States District Judge