# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

SAMMIE J SIMPSON JR,
    Petitioner-Appellant,

No. 08-1640
    v.

UNITED STATES OF AMERICA,
    Respondent-Appelle.

United States Court
of Appeals for the
Seventh Circuit
APPEAL NO. 08-1640

FILED
MAY 2 7 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

05-1010

## PETITION FOR LEAVE TO FILE AND PROCEED ON APPEAL IN FORMA PAUPERIS

I, SAMMIE J SIMPSON JR, plaintiff/petitioner do hereby move this Court for leave to file the above entitled cause in forma pauperis; said motion is supported by the attached affidavit of financial status.

*Sammie J Simpson Jr*
Plaintiff/Petitioner

File this completed form with the:

United States Court of Appeals
219 S. Dearborn Street, Suite 2722
Chicago, IL 60604
ATTN: PRISONER/PRO SE CLERK

Revised 5/20/99

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

SAMMIE J SIMPSON JR, ) Appeal from the United States District Court for the
    Petitioner-Appellant, ) Central District of Illinois
)
v. Case No. 08-1640 ) District Court No. 1:05-cv 01010
)
) District Court Judge Joe Billy McDade
UNITED STATES OF AMERICA )

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: Sammie J. Simpson Jr.

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 5-15-08

My issues on appeal are: Constitutional violations, Apprendi issues, Rule 32 violation, Due Process Violation, Six Amendment violation Ineffective Assistance of Counsel, Being sentence to level 38, The record shows that the defendant level should not be level 38, In the judge order it shows that it was level 36, The jury finding would be level 32

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| Total monthly income: | $ 0 | $ 0 | $ 0 | $ 0 |

## All Transactions

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 20507424 | Current Institution: | Greenville FCI | |
| Inmate Name: | SIMPSON, SAMMIE | Housing Unit: | GRE-C-B | |
| Report Date: | 05/16/2008 | Living Quarters: | C07-204L | |
| Report Time: | 6:44:53 PM | | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 1/21/2008 4:45:44 PM | Phone Withdrawal | ($3.00) | TFN0121 | | $386.06 |
| 1/19/2008 5:11:03 AM | Lockbox - CD | $50.00 | 70100201 | | $389.06 |
| 1/16/2008 5:22:03 PM | Sales | $0.00 | 80 | | $339.06 |
| 1/16/2008 5:09:50 PM | Sales | ($57.80) | 72 | | $339.06 |
| 1/14/2008 8:21:58 AM | Bills | ($150.00) | | 1184 | $396.86 |
| 1/14/2008 8:21:20 AM | Bills | ($200.00) | | 1183 | $546.86 |
| 1/12/2008 9:47:52 PM | Phone Withdrawal | ($5.00) | TFN0112 | | $746.86 |
| 1/11/2008 9:39:02 PM | Phone Withdrawal | ($3.00) | TFN0111 | | $751.86 |
| 1/9/2008 10:51:56 AM | Sales | ($2.05) | 36 | | $754.86 |
| 1/9/2008 10:50:28 AM | Sales | ($4.30) | 34 | | $756.91 |
| 1/9/2008 10:49:00 AM | Sales | ($72.57) | 33 | | $761.21 |
| 1/6/2008 3:27:31 PM | Phone Withdrawal | ($3.00) | TFN0106 | | $833.78 |
| 1/6/2008 2:25:08 PM | Phone Withdrawal | ($5.00) | TFN0106 | | $836.78 |
| 1/4/2008 2:20:55 PM | Payroll - UNICOR | $509.01 | HIS2016 | | $841.78 |
| 1/3/2008 3:37:59 PM | Phone Withdrawal | ($3.00) | TFN0103 | | $332.77 |
| 1/3/2008 11:50:54 AM | Sales | ($76.50) | 87 | | $335.77 |
| 1/2/2008 2:44:43 PM | SPO | ($38.85) | 598 | | |
| 1/2/2008 12:08:55 PM | Western Union | $80.00 | 33306808 | | $412.27 |
| 1/1/2008 6:15:29 PM | Phone Withdrawal | ($3.00) | TFN0101 | | $332.27 |
| 1/1/2008 12:09:18 PM | Phone Withdrawal | ($2.00) | TFN0101 | | $335.27 |
| 12/31/2007 7:26:13 PM | Phone Withdrawal | ($5.00) | TFN1231 | | $337.27 |
| 12/27/2007 9:47:02 PM | Phone Withdrawal | ($2.00) | TFN1227 | | $342.27 |
| 12/27/2007 8:24:47 PM | Phone Withdrawal | ($3.00) | TFN1227 | | $344.27 |
| 12/27/2007 11:01:36 AM | Sales | ($23.10) | 75 | | $347.27 |
| 12/27/2007 11:00:02 AM | Sales | ($86.67) | 74 | | $370.37 |
| 12/26/2007 9:49:15 PM | Phone Withdrawal | ($3.00) | TFN1226 | | $457.04 |
| 12/25/2007 6:24:16 PM | Phone Withdrawal | ($3.00) | TFN1225 | | $460.04 |
| 12/24/2007 6:09:49 PM | Phone Withdrawal | ($6.00) | TFN1224 | | $463.04 |
| 12/24/2007 4:24:39 PM | Phone Withdrawal | ($3.00) | TFN1224 | | $469.04 |
| 12/22/2007 4:25:49 PM | Phone Withdrawal | ($3.00) | TFN1222 | | $472.04 |
| 12/21/2007 8:53:13 PM | Phone Withdrawal | ($5.00) | TFN1221 | | $475.04 |
| 12/20/2007 5:11:30 AM | Lockbox - CD | $50.00 | 70198101 | | $480.04 |
| 12/19/2007 6:09:43 PM | Phone Withdrawal | ($3.00) | TFN1219 | | $430.04 |
| 12/18/2007 10:59:07 AM | Sales | ($7.50) | 31 | | $433.04 |
| 12/16/2007 8:13:17 PM | Phone Withdrawal | ($6.00) | TFN1216 | | $440.54 |
| 12/13/2007 11:19:33 AM | Phone Withdrawal | ($3.00) | TFN1213 | | $446.54 |
| 12/12/2007 8:59:29 PM | Phone Withdrawal | ($3.00) | TFN1212 | | $449.54 |
| 12/10/2007 11:20:31 AM | Sales | ($72.06) | 50 | | $452.54 |
| 12/9/2007 8:04:11 PM | Phone Withdrawal | ($4.00) | TFN1209 | | $524.60 |
| 12/8/2007 8:34:52 PM | Phone Withdrawal | ($3.00) | TFN1208 | | $528.60 |
| 12/7/2007 7:32:04 PM | Phone Withdrawal | ($3.00) | TFN1207 | | $531.60 |
| 12/7/2007 7:52:55 AM | Payroll - UNICOR | $479.31 | HIS2013 | | $534.60 |
| 12/5/2007 9:51:43 PM | Phone Withdrawal | ($3.00) | TFN1205 | | $55.29 |
| 12/4/2007 6:22:32 PM | Phone Withdrawal | ($6.00) | TFN1204 | | $58.29 |
| 12/4/2007 5:29:36 PM | Sales | ($3.80) | 79 | | $64.29 |
| 12/4/2007 5:27:33 PM | Sales | ($91.11) | 78 | | $68.09 |
| 12/4/2007 5:27:33 PM | SPO - Released | $43.35 | 319 | | |
| 12/2/2007 7:33:58 PM | Phone Withdrawal | ($2.00) | TFN1202 | | $159.20 |
| 12/2/2007 3:37:37 PM | Phone Withdrawal | ($2.00) | TFN1202 | | $161.20 |
| 12/1/2007 9:30:41 PM | Phone Withdrawal | ($3.00) | TFN1201 | | $163.20 |

1 2 3 4 5

## All Transactions

| | |
|---|---|
| Inmate Reg #: | 20507424 |
| Inmate Name: | SIMPSON, SAMMIE |
| Report Date: | 05/16/2008 |
| Report Time: | 6:44:45 PM |

| | |
|---|---|
| Current Institution: | Greenville FCI |
| Housing Unit: | GRE-C-B |
| Living Quarters: | C07-204L |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 3/12/2008 8:13:48 PM | Phone Withdrawal | ($3.00) | TFN0312 | | $145.15 |
| 3/12/2008 5:21:15 PM | Sales | ($8.20) | 75 | | $148.15 |
| 3/12/2008 5:19:25 PM | Sales | ($87.95) | 74 | | $156.35 |
| 3/11/2008 9:53:10 PM | Phone Withdrawal | ($3.00) | TFN0311 | | $244.30 |
| 3/10/2008 11:31:18 AM | Sales | ($4.40) | 41 | | $247.30 |
| 3/9/2008 9:50:09 PM | Phone Withdrawal | ($5.00) | TFN0309 | | $251.70 |
| 3/8/2008 8:00:03 PM | Phone Withdrawal | ($6.00) | TFN0308 | | $256.70 |
| 3/8/2008 10:27:33 AM | Phone Withdrawal | ($3.00) | TFN0308 | | $262.70 |
| 3/7/2008 8:41:29 AM | Payroll - UNICOR | $157.74 | HIS2025 | | $265.70 |
| 3/5/2008 5:44:58 PM | Sales | ($41.90) | 79 | | $107.96 |
| 3/3/2008 8:39:32 PM | Phone Withdrawal | ($5.00) | TFN0303 | | $149.86 |
| 3/3/2008 5:33:28 PM | Sales | $0.00 | 88 | | $154.86 |
| 3/1/2008 8:55:40 PM | Phone Withdrawal | ($4.00) | TFN0301 | | $154.86 |
| 2/29/2008 9:51:40 PM | Phone Withdrawal | ($3.00) | TFN0229 | | $158.86 |
| 2/29/2008 5:11:13 AM | Lockbox - CD | $100.00 | 70102901 | | $161.86 |
| 2/28/2008 9:07:08 PM | Phone Withdrawal | ($3.00) | TFN0228 | | $61.86 |
| 2/28/2008 5:29:26 PM | Sales | ($43.30) | 32 | | $64.86 |
| 2/26/2008 9:05:16 AM | Bills | ($150.00) | | 1579 | $108.16 |
| 2/25/2008 11:44:23 AM | Phone Withdrawal | ($6.00) | TFN0225 | | $258.16 |
| 2/24/2008 4:32:25 PM | Phone Withdrawal | ($5.00) | TFN0224 | | $264.16 |
| 2/23/2008 8:57:23 PM | Phone Withdrawal | ($5.00) | TFN0223 | | $269.16 |
| 2/22/2008 11:18:49 AM | Sales | ($83.55) | 30 | | $274.16 |
| 2/21/2008 9:31:10 PM | Phone Withdrawal | ($3.00) | TFN0221 | | $357.71 |
| 2/18/2008 3:05:13 PM | Phone Withdrawal | ($3.00) | TFN0218 | | $360.71 |
| 2/17/2008 9:36:15 PM | Phone Withdrawal | ($4.00) | TFN0217 | | $363.71 |
| 2/14/2008 9:45:03 PM | Phone Withdrawal | ($4.00) | TFN0214 | | $367.71 |
| 2/14/2008 11:01:13 AM | Phone Withdrawal | ($4.00) | TFN0214 | | $371.71 |
| 2/13/2008 4:24:55 PM | Phone Withdrawal | ($2.00) | TFN0213 | | $375.71 |
| 2/11/2008 11:21:27 AM | Sales | ($54.00) | 40 | | $377.71 |
| 2/10/2008 8:53:32 PM | Phone Withdrawal | ($4.00) | TFN0210 | | $431.71 |
| 2/10/2008 6:36:22 PM | Phone Withdrawal | ($6.00) | TFN0210 | | $435.71 |
| 2/9/2008 12:55:34 PM | Phone Withdrawal | ($6.00) | TFN0209 | | $441.71 |
| 2/8/2008 8:17:22 PM | Phone Withdrawal | ($4.00) | TFN0208 | | $447.71 |
| 2/8/2008 9:36:57 AM | Payroll - UNICOR | $255.30 | HIS2018 | | $451.71 |
| 2/7/2008 9:34:06 PM | Phone Withdrawal | ($3.00) | TFN0207 | | $196.41 |
| 2/5/2008 6:41:28 AM | Phone Withdrawal | ($3.00) | TFN0205 | | $199.41 |
| 2/4/2008 8:26:14 PM | Phone Withdrawal | ($3.00) | TFN0204 | | $202.41 |
| 2/4/2008 5:21:38 PM | Sales | ($7.50) | 76 | | $205.41 |
| 2/4/2008 5:20:15 PM | Sales | ($52.30) | 75 | | $212.91 |
| 2/3/2008 1:44:13 PM | Phone Withdrawal | ($3.00) | TFN0203 | | $265.21 |
| 2/2/2008 6:04:51 AM | Western Union | $100.00 | 33309008 | | $268.21 |
| 1/30/2008 9:53:18 PM | Phone Withdrawal | ($5.00) | TFN0130 | | $168.21 |
| 1/29/2008 5:17:01 PM | Sales | ($93.20) | 7 | | $173.21 |
| 1/28/2008 6:14:13 PM | Phone Withdrawal | ($5.00) | TFN0128 | | $266.41 |
| 1/28/2008 10:44:08 AM | Outside Savings | $6.00 | 121-C | | $271.41 |
| 1/27/2008 8:59:29 PM | Phone Withdrawal | ($3.00) | TFN0127 | | $265.41 |
| 1/25/2008 9:41:06 PM | Phone Withdrawal | ($3.00) | TFN0125 | | $268.41 |
| 1/24/2008 8:39:48 PM | Phone Withdrawal | ($3.00) | TFN0124 | | $271.41 |
| 1/23/2008 11:15:06 AM | Sales | ($111.65) | 45 | | $274.41 |
| 1/23/2008 11:15:06 AM | SPO - Released | $38.85 | 598 | | |

1 2 3 4 5

## Deposits

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 20507424 | Current Institution: | Greenville FCI |
| Inmate Name: | SIMPSON, SAMMIE | Housing Unit: | GRE-C-B |
| Report Date: | 05/16/2008 | Living Quarters: | C07-204L |
| Report Time: | 6:44:35 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 5/15/2008 8:33:49 PM | Phone Withdrawal | ($5.00) | TFN0515 | | $140.58 |
| 5/15/2008 11:17:17 AM | Sales | ($81.40) | 48 | | $145.58 |
| 5/11/2008 8:09:11 PM | Phone Withdrawal | ($4.00) | TFN0511 | | $226.98 |
| 5/11/2008 2:24:29 PM | Phone Withdrawal | ($3.00) | TFN0511 | | $230.98 |
| 5/10/2008 8:59:40 PM | Phone Withdrawal | ($5.00) | TFN0510 | | $233.98 |
| 5/9/2008 8:14:25 PM | Phone Withdrawal | ($5.00) | TFN0509 | | $238.98 |
| 5/7/2008 9:35:38 PM | Phone Withdrawal | ($3.00) | TFN0507 | | $243.98 |
| 5/5/2008 9:41:09 PM | Phone Withdrawal | ($2.00) | TFN0505 | | $246.98 |
| 5/5/2008 5:45:59 PM | Sales | ($77.42) | 90 | | $248.98 |
| 5/5/2008 9:00:55 AM | Payroll - UNICOR | $161.29 | HIS2030 | | $326.40 |
| 5/4/2008 7:23:29 PM | Phone Withdrawal | ($5.00) | TFN0504 | | $165.11 |
| 5/3/2008 8:39:02 AM | Phone Withdrawal | ($3.00) | TFN0503 | | $170.11 |
| 5/2/2008 9:05:58 PM | Phone Withdrawal | ($6.00) | TFN0502 | | $173.11 |
| 4/28/2008 11:32:52 AM | Sales | ($8.20) | 43 | | $179.11 |
| 4/28/2008 11:31:30 AM | Sales | ($49.55) | 42 | | $187.31 |
| 4/27/2008 8:43:18 PM | Phone Withdrawal | ($3.00) | TFN0427 | | $236.86 |
| 4/25/2008 8:37:42 PM | Phone Withdrawal | ($4.00) | TFN0425 | | $239.86 |
| 4/25/2008 6:54:51 AM | Lockbox - CD | $25.00 | 70106901 | | $243.86 |
| 4/24/2008 9:28:18 PM | Phone Withdrawal | ($3.00) | TFN0424 | | $218.86 |
| 4/22/2008 7:37:38 PM | Phone Withdrawal | ($5.00) | TFN0422 | | $221.86 |
| 4/22/2008 5:23:06 PM | Sales | ($65.65) | 71 | | $226.86 |
| 4/21/2008 11:16:56 AM | Phone Withdrawal | ($2.00) | TFN0421 | | $292.51 |
| 4/20/2008 7:11:17 PM | Phone Withdrawal | ($3.00) | TFN0420 | | $294.51 |
| 4/19/2008 12:00:18 PM | Phone Withdrawal | ($6.00) | TFN0419 | | $297.51 |
| 4/19/2008 6:04:17 AM | Western Union | $100.00 | 33314508 | | $303.51 |
| 4/18/2008 8:08:46 PM | Western Union | $100.00 | 33314508 | | $203.51 |
| 4/16/2008 6:56:10 PM | Phone Withdrawal | ($6.00) | TFN0416 | | $103.51 |
| 4/15/2008 8:29:12 PM | Phone Withdrawal | ($3.00) | TFN0415 | | $109.51 |
| 4/15/2008 5:44:56 PM | Sales | ($49.82) | 104 | | $112.51 |
| 4/15/2008 11:33:02 AM | Phone Withdrawal | ($3.00) | TFN0415 | | $162.33 |
| 4/13/2008 8:06:37 PM | Phone Withdrawal | ($7.00) | TFN0413 | | $165.33 |
| 4/9/2008 9:24:03 PM | Phone Withdrawal | ($3.00) | TFN0409 | | $172.33 |
| 4/9/2008 11:21:07 AM | Sales | ($43.85) | 55 | | $175.33 |
| 4/6/2008 8:12:10 PM | Phone Withdrawal | ($6.00) | TFN0406 | | $219.18 |
| 4/6/2008 12:27:24 PM | Phone Withdrawal | ($5.00) | TFN0406 | | $225.18 |
| 4/5/2008 7:43:08 PM | Phone Withdrawal | ($3.00) | TFN0405 | | $230.18 |
| 4/4/2008 10:02:04 AM | Payroll - UNICOR | $104.98 | HIS2026 | | $233.18 |
| 4/2/2008 5:08:45 PM | Phone Withdrawal | ($3.00) | TFN0402 | | $128.20 |
| 4/2/2008 11:19:00 AM | Sales | ($108.45) | 54 | | $131.20 |
| 3/30/2008 9:23:59 PM | Phone Withdrawal | ($3.00) | TFN0330 | | $239.65 |
| 3/30/2008 6:58:04 PM | Phone Withdrawal | ($4.00) | TFN0330 | | $242.65 |
| 3/29/2008 8:08:24 PM | Phone Withdrawal | ($3.00) | TFN0329 | | $246.65 |
| 3/29/2008 5:08:12 AM | Lockbox - CD | $50.00 | 70105001 | | $249.65 |
| 3/28/2008 9:52:29 PM | Phone Withdrawal | ($3.00) | TFN0328 | | $199.65 |
| 3/27/2008 4:06:28 PM | Western Union | $100.00 | 33312908 | | $202.65 |
| 3/24/2008 9:56:20 PM | Phone Withdrawal | ($5.00) | TFN0324 | | $102.65 |
| 3/24/2008 2:51:25 PM | Phone Rev With Admin | $50.20 | HJV0056 | | $107.65 |
| 3/20/2008 11:18:18 AM | Sales | ($19.70) | 36 | | $57.45 |
| 3/20/2008 9:49:24 AM | Inmate Co-pay | ($2.00) | HICP0308 | | $77.15 |
| 3/15/2008 8:28:03 PM | Phone Withdrawal | ($66.00) | TFN0315 | | $79.15 |

1 2 3 4 5

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ _____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | | |
| | | | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value) _____

Other real estate (Value) _____

Motor Vehicle #1 (Value) _____
Make & year: _____
Model: _____
Registration # _____

Motor Vehicle #2 (Value)
Make & year: _____
Model: _____
Registration # _____

Other assets (Value) _____

Other assets (Value) _____

3

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| ✗ | ✗ | ✗ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Olivia Simpson | Mother | 66 |
| Stephen Simpson | Son | 17 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [ ] No  Is property insurance included? [ ] Yes [ ] No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle expenses | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 0 | $ 0 |

4

| | | | |
|---|---|---|---|
| Life | N/A | $ 0 | $ 0 |
| Health | N/A | $ 0 | $ 0 |
| Motor vehicle | N/A | $ 0 | $ 0 |
| Other: _____ | | $ 0 | $ 0 |

| | | |
|---|---|---|
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
|    Motor Vehicle | $ 0 | $ 0 |
|    Credit card (name): _____ | $ 0 | $ 0 |
|    Department store (name): _____ | $ 0 | $ 0 |
|    Other: _____ | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 |
| Total monthly expenses: | $ 0 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? No.

[ ] Yes [ ] No  If yes, describe on an attached sheet.

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form? No.

[ ] Yes [ ] No  If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

5

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?  No.

[ ] Yes [ ] No  If yes, how much? $ _____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
At this present Time I'm working at Unicore but I don't make that much money I'm supporting my son Stephen Simpson, and Mother Olivia. If I had any money I would pay the filing fee's If I can make a payment plan I will, I just can't pay at this time.

13. State the address of your legal residence.
Sammie Simpson #20507-424

Greenville, Illinois

P.O. Box 5000 62246

Your daytime phone number: (___) _____

Your age: _____  Your years of schooling: GED

Your social-security number: 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

6

## Proof of Service

I hereby certify that I have served a true and exact copy of the attach **FORMA PAUPERIS**, APPLICATION WHICH I have file with the court of Appeals. in compliance with rule 3 of the Fed. R Crim. P. on the US Attorney 211 Fulton Street, Suite 400, Peoria, Illinois., on this 15 day of May 2008, by prepaid postage in full deposition in the institution legal mail at F.C.I. Greenville, Illinois.

*Sammie J Simpson Jr.*
Sammie J Simpson Jr.


cc: clerk of the court
    file