RECEIVED
JUN 13 2008
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722  219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

FILED
JUN 13 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## NOTICE TO TRANSMIT RECORD ON APPEAL

June 13, 2008

| No.: 08-1640 | SAMMIE J. SIMPSON,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellee |
|---|---|

**Originating Case Information:**
District Court No: 1:05-cv-01010-JBM
Central District of Illinois
Court Reporter Nancy Mersot
District Judge Joe McDade
Clerk/Agency Rep Pamela Robinson

Pursuant to Circuit Rule 11(b), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

form name: c7_NoticeTransROA (form ID: 116)