

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

June 16, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

    RE: Simpson v. USA
    D. C. Docket No. 05-1010
    U. S. C. A. Docket No. 08-1640

Dear Mr. Agnello:
  I am sending you herewith the original record on appeal pursuant to the Notice requesting the record. It consists of the following:

  1 Volumes of Pleadings

   Volumes of Transcript

   Volumes of Depositions

   Volumes of Exhibits:

   Impounded Exhibits:

  Other (specify):

  Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

      Very truly yours,

      PAMELA E. ROBINSON, CLERK

     s/R. Knox
    BY:_____
      Deputy Clerk