

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

June 16, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

**FILED**
JUN 2 6 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Simpson v. USA
D. C. Docket No. 05-1010
U. S. C. A. Docket No. 08-1640

Dear Mr. Agnello:

I am sending you herewith the original record on appeal pursuant to the Notice requesting the record. It consists of the following:

1 Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

U.S.C.A. – 7th Circuit
**FILED**
JUN 2 0 2008  GW
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY: s/R. Knox
_____
Deputy Clerk